UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JAN 2 5 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MINCHUMINA NATIVES, INC., et al., | No. 05-35708 |
| Plaintiffs - Appellants, | D.C. No. CV-04-00027-JWS<br>District of Alaska,<br>Anchorage |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | ORDER |
| Defendant - Appellee. | |

**RECEIVED**
JAN 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appellants' opposed motions to change the name of appellants and to supplement the record are construed as a request for judicial notice. So construed, appellants' motions, the opposition thereto, and any responsive filings shall be referred for disposition to the panel that considers the merits of the case.

For the Court:

CATHY A. CATTERSON
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

pro 1.23