UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 6/19/2006

To: United States Court of Appeals
    For the Ninth Circuit
    Office of the Clerk
    95 Seventh Street
    San Francisco, California 94103

ATTN: (X) CIVIL

() CRIMINAL

()JUDGE

From: U.S. District Court
    101 12th Ave Room 332
    Fairbanks, AK 99701

DC No: 4:04-cv-00027-RRB      Appeal No: 05-35708

Short title: Minchumina Natives v DOI

Composition of Record

Clerk's Files in 1 volumes  (X) original  () certified copy

    Bulky docs. _____ volumes, docket # _____
                              (folders)

Reporter's in _____ volumes  () original  ()certified copy
Transcripts

Exhibits:   in _____ envelopes  () under seal

        in _____ boxes  () under seal

Other:_____
_____
_____

(please note any documents filed under seal)


Acknowledgement:_____  Date:_____

"record.app" [11/21/97]