UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
AMENDED RECORD TRANSMITTAL FORM

Date: __6/20/2006__

To: United States Court of Appeals      ATTN: (X) CIVIL
    For the Ninth Circuit
    Office of the Clerk      ( ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103      ( )JUDGE

From: U.S. District Court
    101 12th Ave Room 332
    Fairbanks, AK 99701

DC No: __4:04-cv-00027-JWS__      Appeal No: __05-35708__

Short title: __Minchumina Natives v DOI__

Composition of Record

Clerk's Files in __1__ volumes    (X) original    ( ) certified copy

    Bulky docs. ____ volumes, docket # _____
                      (folders)

Reporter's in ____ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:    in ____ envelopes    ( ) under seal

        in ____ boxes    ( ) under seal

Other:_____
_____
(please note any documents filed under seal)

Acknowledgement:_____ Date:_____
"record.app" [11/21/97]