# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*MINCHUMINA NATIVES INC.*     v.    *U.S. DEPARTMENT OF THE INTERIOR*

THE HONORABLE JOHN W. SEDWICK          4:04-cv-00027-JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**          Date:  November 3, 2006

---

    This court has received the mandate from the Ninth Circuit Court of Appeals. Counsel for the parties shall confer and then by **December 8, 2006**, shall file a joint report outlining what steps the parties believe need to be taken to secure the prompt disposition of this matter.