November 1, 2006

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

RECEIVED
NOV 03 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**District Court/Agency:** USDC Alaska (Anchorage)
**Lower Court Number:** CV-04-00027-JWS
**Appeal Number:** 05-35708
**Short Title:** Minchumina Natives v. DOI

Volumes
Clerk's Records in: 1          0   Certified Copy(ies)
Reporters Transcripts in:  0

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

Other:

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.