BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
FAX (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| MINCHUMINA NATIVES INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  4:04-cv-0027-CV (JWS) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME

TO FILE STATUS REPORT

Federal defendants move for an extension of time to and including December 15, 2006, to file the status report required by Order from Chambers filed November 3, 2006 (Docket # 38). The parties have been conferring since before Thanksgiving on a report on what steps the parties believe need to be taken to secure the prompt disposition of this matter.  They have also exchanged relevant documents relating to plaintiffs' incorporation and reinstatement. Defendants seek this extension to permit time for analysis of the documents to determine whether the parties can stipulate with regard to any of the questions posed by the Ninth Circuit in its remand order.

Minchumina v. USDOI, 4:04-cv-0027 (JWS)
Extension Motion

Counsel for plaintiff has authorized the undersigned to represent that this motion is unopposed.

RESPECTFULLY SUBMITTED this 8th day of December, 2006 at Anchorage, Alaska.

S/ Bruce M. Landon

BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
FAX (907) 271-5827
Email: bruce.landon@usdoj.gov


Attorney for Federal Defendants


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December, 2006, a copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT and a Proposed Order were served electronically to the following counsel of record:

Mark Andrews

S/ Bruce M. Landon
BRUCE M. LANDON

Minchumina v. USDOI, 4:04-cv-0027 (JWS)
Extension Motion