BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
FAX (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MINCHUMINA NATIVES INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> THE INTERIOR, ) <br> ) <br> Defendant. ) <br> ) | Case No.  4:04-cv-0027-CV (JWS) |

(PROPOSED) ORDER

Federal defendants' unopposed motion for an extension of time is GRANTED.  The parties shall confer and by December 22, 2006, shall file a joint report outlining what steps the parties believe need to be taken to secure the prompt disposit1on of this matter.


Dated: _____                              _____
                                                    JOHN W. SEDWICK
                                                    United States District Judge