IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MINCHUMINA NATIVES INC.      )
      )
          Plaintiff,      )     Case No.  4:04-cv-00027-CV (JWS)
      )
      v.      )
      )
UNITED STATES DEPARTMENT OF      )
THE INTERIOR,      )
      )
          Defendant.      )
      )

ORDER

      Federal defendants' unopposed motion for an extension of time is **GRANTED**.  The parties

shall confer and by **December 22, 2006**, shall file a joint report outlining what steps the parties

believe need to be taken to secure the prompt disposit1on of this matter.


Dated: December 12, 2006          /s/  JOHN W. SEDWICK
          UNITED STATES DISTRICT JUDGE