**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>MINCHUMINA NATIVES INC.</u>   v.   <u>U.S. DEPARTMENT OF THE INTERIOR</u>

THE HONORABLE JOHN W. SEDWICK        CASE NO.   <u>4:04-cv-00027-JWS</u>

    <u>Deputy Clerk</u>                              <u>Official Recorder</u>

    <u>Elisa Singleton</u>                           _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The joint status report at docket 42 contains a request for clarification and a request for a briefing schedule.

**Request for Clarification**
The court reads the request for clarification to ask the court to advise whether the order at docket 17 dismissed a claim by the for-profit corporation or a claim by the non-profit corporation. As the order explains in some detail, the court concluded that the for-profit corporation had ceased to exist and that plaintiff was a non-profit corporation which could not pursue an application made by the for-profit corporation. The court concluded that plaintiff was the non-profit entity based on two considerations: (1) The for-profit corporation had ceased to exist years earlier and could not have been reinstated under the law governing for-profit corporations, and (2) plaintiff provided a copy of its articles of incorporation which recite that plaintiff is a non-profit corporation created pursuant to AS 10.20 (a statute applicable to the creation of non-profit corporations only). Thus, the court dismissed plaintiff's claim believing plaintiff to be a non-profit corporation.

All of that said, the court's order had the effect of dismissing plaintiff's claims whichever corporation its officers believe it to be. The order provides an explicit rationale for dismissing claims by either: If plaintiff sees itself as the for-profit corporation, plaintiff's claims have been dismissed because the for-profit corporation does not exist and so has no standing to litigate. If plaintiff sees itself as the non-profit corporation, plaintiff's claims have been dismissed because it

[FORMS*IA*]

lacks standing to pursue an application made by a different legal entity.

**Briefing Schedule**
The parties proposed briefing schedule which calls for the simultaneous filing of opening briefs on February 28, 2007, and the simultaneous filing of responsive briefs on March 21, 2007, is hereby approved.  The parties will please file their briefs in accordance with that schedule.

|  |  |
|---|---|
| DATE:  December 19, 2006 | ENTERED AT JUDGE'S DIRECTION<br>INITIALS:  EKS<br>Deputy Clerk |

[FORMS*IA*]