TABLE OF EXHIBITS
to Brief of Defendant on Capacity Issues
*Minchumina Natives, Inc. v. Department of Interior*
4:04-cv-029 (JWS) (D. Alaska)

| Exhibit | Document |
|---|---|
| 1 | 1975 Articles of Incorporation of Minchumina Natives Incorporated. |
| 2 | November 6, 1975 Certificate of Incorporation of Minchumina Natives Incorporated. |
| 3 | Opinion of the Attorney General of Alaska, 1980 Alaska, AG LEXIS 609, 1980. |
| 4 | Articles of Incorporation for non-profit Minchumina Natives, Inc. |
| 5 | January 27, 2005 Certificate of Incorporation of non-profit Minchumina Natives, Inc. |
| 6 | Papers filed November 21, 2005, seeking reinstatement of Minchumina Natives Incorporated. |
| 7 | November 21, 2005 Certificate of Reinstatement |
| 8 | November 21, 2005 change of name of Minchumina Natives Incorporated to Lake Minchumina Natives Incorporated. |
| 9 | September 20, 1993 Certificate of Dissolution of Minchumina Natives Incorporated. |
| 10 | Affidavit of Carol Lee Gho. |