# STATE OF ALASKA

## DEPARTMENT OF COMMERCE & ECONOMIC DEVELOPMENT

# Certificate of Incorporation

The undersigned, as Commissioner of Commerce & Economic Development of the State of Alaska, hereby certifies that duplicate originals of the Articles of Incorporation of MINCHUMINA NATIVES INCORPORATED duly signed and verified pursuant to the provisions of the Alaska Business Corporation Act, have been received in this office and are found to conform to law.

ACCORDINGLY the undersigned, as such Commissioner of Commerce & Economic Development, and by virtue of the authority vested in him by law hereby issues this Certificate of Incorporation of

MINCHUMINA NATIVES INCORPORATED

and attaches hereto a duplicate original of the Articles of Incorporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal, at Juneau, the Capital, this 6th day of November A.D. 19 75

LANGHORNE A. MOTLEY
COMMISSIONER OF COMMERCE
& ECONOMIC DEVELOPMENT

Rev. 7-75
08-120

EXHIBIT 2
Page 1 of 1