AK Entity #: 91983
Date Filed: 01/27/2005 08:00 AM
State of Alaska
Department of Commerce

# Articles of Incorporation of
# MINCHUMINA NATIVES, INC.
# A Non-Profit Corporation

The undersigned natural persons of the age of 18 years or more, acting as incorporators of a corporation under Alaska Statutes 10.20, hereby execute the following document and set forth:

## Article 1: Name of Corporation

The name of this corporation is Minchumina Natives, Inc.

## Article 2: Duration

The duration of Minchumina Natives, Inc., is perpetual.

## Article 3: Purpose

The purpose of Minchumina Natives, Inc., is t o preserve the rights and heritage of the Alaska Native people in the Lake Minchumina region, and for any lawful purpose under the Alaska Nonprofit Corporation Act.

## Article 4: Provisions

Provisions for the regulation of the internal affairs of Minchumina Natives, Inc., including provision for the distribution of assets on dissolution or final liquidation, are:

1. Membership. Membership in this corporation is limited to Alaska Natives who are eligible to be considered part of the Native group of the Lake Minchumina area under the Alaska Native Claims Settlement Act of 1971, and the descendants of these persons. The corporation, through its by-laws, will decide who is eligible for membership, and this decision might be different from the decision of government agencies.

2. Officers. The officers of this corporation are the President, the Secretary, and the Treasurer.

State of Alaska
Domestic Corporation Formation 4 Page(s)



T0503140151

EXHIBIT 4
Page 1 of 3

3. Directors. The members of this corporation may each cast one vote for each of the three directors.
4. By-laws. The board of directors will adopt and amend the by-laws for the corporation.
5. Amendments. These articles of incorporation may be amended in the manner prescribed by law.
6. Historic succession. This corporation is the re-incorporation of Minchumina Natives, Inc., that has pursued land claims as a Native group under the Alaska Native Claims Settlement Act.
7. Dissolution. If Minchumina Natives, Inc., dissolves, the net assets of the corporation (a) may be distributed in equal shares to the members, (b) may be distributed to a successor organization that has substantially the same purposes and promotes the same interests of substantially the same group of people, or (c) may be distributed to a regional corporation formed under the Alaska Native Claims Settlement Act.

### Article 5: Registered Agent

The registered agent of Minchumina Natives, Inc., is

> Robert J. Thompson
> P.O. Box 35
> Kaktovik AK  99747

### Article 6: Number and Names of Incorporators

1. Minchumina Natives, Inc., will have 3 directors as its initial board of directors.
2. The names and mailing addresses of the persons who are to serve as the initial directors:

> Robert J. Thompson
> P.O. Box 35
> Kaktovik AK  99747

Sharon Thompson
4100 Parks Ridge Rd
Fairbanks AK  99709

Carol Lee Gho
3720 Hardluck Dr
Fairbanks AK  99709

Article 7: Incorporators

The following persons are at least 19 years of age and they act as incorporators of Minchumina Natives, Inc.

Signature: _____     12-3-04
Robert J. Thompson                            Date
P.O. Box 35
Kaktovik AK  99747

Signature: _____     12-21-04
Sharon Thompson                               Date
4100 Parks Ridge Rd
Fairbanks AK  99709

Signature: _____     12-8-04
Carol Lee Gho                                 Date
3720 Hardluck Dr
Fairbanks AK  99709