Alaska Entity #: **15009D**

# State of Alaska
## Department of Commerce, Community, and Economic Development
### Corporations, Business and Professional Licensing

# CERTIFICATE
# OF
# REINSTATEMENT
## Business Corporation

The undersigned, as Commissioner of Commerce, Community, and Economic Development of the State of Alaska, and custodian of corporation records for said state, hereby certifies that

**Lake Minchumina Natives, Inc.**

a Business Corporation organized under the laws of the State of Alaska, which was involuntarily dissolved for failure to file its biennial report and/or pay its biennial fees/tax, has filed all reports and paid all taxes/fees and penalties due at this time.

I FURTHER CERTIFY that said corporation is hereby reinstated on the records of this state.



IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on November 21, 2005.

William C. Noll
Commissioner

EXHIBIT 7
Page 1 of 1