

Date Filed: 11/21/2005 08:00 AM
State of Alaska
Department of Commerce



**Department of Commerce, Community, and Economic Development**
Corporations, Business and Professional Licensing
**CORPORATIONS SECTION**
**PO Box 110808**
**Juneau AK 99811-0808**

State of Alaska
Filing Changes 2 Page(s)

T0532544069

# ARTICLES OF AMENDMENT
Domestic Business, Professional Corporation or Non Profit Corporation

Pursuant to the provisions of Alaska Statutes, the undersigned corporation adopts the following Amended Articles of Incorporation:

**1. Name the Corporation** (as it is currently stated on the Certificate of Incorporation):

Minchumina Natives, Inc.

**Alaska Entity #:** 15009-D

**2. Amended Name of Corporation** (if changing the name of the corporation):

Lake Minchumina Natives, Inc.

**3. Business/Professional Corporations Only**

If shares were issued:

| | | If the class of shares are entitled to vote as a class: | |
|---|---|---|---|
| Date Amendment Adopted By the Board of Directors and Shareholders: | | Number of Shares in Class: | |
| Number of Outstanding Shares: | | Class Series: | |
| Number of Shares Entitled to Vote: | | Number of Votes For Amendment: | |
| Number of Shares Voting For Amendment: | | Number of Votes Against Amendment: | |
| Number of Shares Voting Against Amendment: | | | |

If no shares were issued:

| Date the amendment to the articles of Incorporation was adopted by resolution of the Board of Directors: | October 4, 2005 |
|---|---|

**4. Non-Profit Corporation Only**

| Date Amendment Adopted: | |
|---|---|

Check one of the boxes below:

If adopted by the members of the corporation:

☐ There are members entitled to vote on the amendment; a quorum was present at the meeting and the amendment received at least two-thirds of the votes which members present at the meetings or represented by proxy were entitled to cast.
☐ The amendment was adopted by consent in writing signed by all members entitled to vote with respect to the amendment.

If adopted by the Board of Directors:

☐ There are no members and the amendment received the vote of a majority of the directors in office.
☐ There are no members entitled to vote and the amendment received the vote of a majority of the directors in office.

08-440 revised 9/05 alh                                   - 1 -                              EXHIBIT _8_
                                                                                              Page _1_ of _2_

A corporation may not amend its articles of incorporation to change the names and addresses of the first directors, incorporators or the initial registered agent of the entity.

Each amended article must be written in its entirety.

5. Amendments to the Articles of Incorporation are as follows:

```
The only amendment is to the name of the corporation,
as described in Section 2, above.
```

Attach an additional 8½" x 11" page for continuation of previous article and/or additional articles. Please indicate which article you are continuing.

The Amended Articles of Incorporation must be signed by the president or vice president and by its secretary or an assistant secretary of the entity.

| Signature of President or Vice President | Printed Name of President or Vice President | Date |
|---|---|---|
| [signature] | Sharon Thompson<br>Vice President | 11-17-05 |
| Signature of Secretary or an Assistant Secretary | Printed Name of Secretary or Assistant Secretary | Date |
| [signature] | Carol Lee Gho<br>Secretary | 14 Nov. 05 |

If you have specific legal questions or concerns about this filing, you are strongly advised to consult an attorney or other professional to assist you. Mail the Amended Articles of Incorporation and the $25.00 filing fee to:

State of Alaska
Corporations Section
PO Box 110808
Juneau AK 99801

For additional information or forms please visit our web site at: www.corporations.alaska.gov