# State of Alaska
## Department of Commerce and Economic Development
## Division of Banking, Securities and Corporations

```
15009 D
MINCHUMINA NATIVES INCORPORATED
MARY A FLOOD
GENERAL DELIVERY
LAKE MINCHUMINA   AK  99623
```

# CERTIFICATE
# OF
# INVOLUNTARY DISSOLUTION

The undersigned, as Director of the Division of Banking, Securities, and Corporations, Department of Commerce and Economic Development, State of Alaska, pursuant to Alaska Statute 10.06.633(a)(1), hereby dissolves the above named corporation.

The corporation is dissolved for failure to file a biennial report and/or pay the biennial tax for the period ending December 31, 1992.

The corporation will cease to exist as of the date of this Certificate of Involuntary Dissolution, except as provided by Alaska Statute 10.06.678.



IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on September 20, 1993.

*Paul Fuhs*

Paul Fuhs

COMMISSIONER OF COMMERCE AND
ECONOMIC DEVELOPMENT

Issued By: Corporations Section, P.O. Box 110808, Juneau, Alaska 99811-0808, Telephone (907) 465-2530

EXHIBIT 9
Page 1 of 1