IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Minchumina Natives, Inc.,

        Plaintiff,

v.

United States Department of the
Interior,

        Defendant
_____/    Case No. F04-0027 CV (JWS)

## AFFIDAVIT OF CAROL LEE GHO

STATE OF ALASKA            )
                                          )
Fourth Judicial District       )

Carol Lee Gho, first being sworn, states:

    My name is Carol Lee Gho, and I am secretary of Minchumina Natives, Inc.

    I was one of the founding members of Minchumina Natives, Inc., in 1975. The seven members of the Native group also served as its board of directors. The corporation has had several officers. Robert Thompson has served as President almost every year. Jane Thompson and I have been Secretary/Treasurer.

    Since its incorporation, Minchumina Natives, Inc., has been pressing its claim for selection of land as a Native group under the Alaska Native Claims Settlement Act. The land selection was the reason why Minchumina Natives, Inc., was formed. The corporation has pursued this goal at all times since it was formed.

Tanana Chiefs Conference
122 First Avenue, Suite 600
Fairbanks, AK 99701
Tel: 907. 452.8251
Fax: 907. 459.3953

EXHIBIT 10
Page 1 of 2

I was not aware that Minchumina Natives, Inc., had been involuntarily dissolved in 1993. I thought that the staff of Doyon, Ltd., was taking care of maintaining the corporate status of Minchumina Natives, Inc. Sometime before the dissolution I talked to the staff at Doyon, Ltd., and from these conversations it was my understanding that Doyon would pay the state corporation fees and handle the paperwork.

I do not recall receiving notice of dissolution from the State of Alaska, and I do not know of anyone who says they received such a notice.

I have signed the incorporation papers for Minchumina Natives, Inc. A true copy of these papers is attached to this affidavit.

_____
Carol Lee Gho

Subscribed and sworn to before me this 25 day of January, 2005, at Fairbanks, Alaska.

_____
Notary Public
My commission expires 8/8/08

Tanana Chiefs Conference
122 First Avenue, Suite 600
Fairbanks, AK 99701
Tel: 907.452.8251
Fax: 907.459.3953

*Minchumina Natives, Inc.*
*Case No F04-0027 CV (JWS)*
*Affidavit of Carol Lee Gho*
- 2 -

EXHIBIT 10
Page 2 of 2