# STATE OF ALASKA

## DEPARTMENT OF COMMERCE & ECONOMIC DEVELOPMENT

# Certificate of Incorporation

The undersigned, as Commissioner of Commerce & Economic Development of the State of Alaska, hereby certifies that duplicate originals of the Articles of Incorporation of   MINCHUMINA NATIVES INCORPORATED

duly signed and verified pursuant to the provisions of the Alaska Business Corporation Act, have been received in this office and are found to conform to law.

ACCORDINGLY the undersigned, as such Commissioner of Commerce & Economic Development, and by virtue of the authority vested in him by law hereby issues this Certificate of Incorporation of

MINCHUMINA NATIVES INCORPORATED

and attaches hereto a duplicate original of the Articles of Incorporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal, at Juneau, the Capital, this   6th   day of   November   A.D. 19 75

LANGHORNE A. MOTLEY
COMMISSIONER OF COMMERCE
& ECONOMIC DEVELOPMENT

Rev. 7-75
08-120

EXHIBIT 3

ARTICLES OF INCORPORATION

OF

MINCHUMINA NATIVES INCORPORATED

FILED FOR RECORD
STATE OF ALASKA

NOV 6 1975

DEPARTMENT OF COMMERCE
& ECONOMIC DEVELOPMENT

We, the undersigned, being natural persons at least nineteen (19) years of age, desiring to form a business corporation (hereinafter referred to as the Corporation) under the provisions of the Alaska Business Corporation Act (hereinafter referred to as the Act), and having been designated by the Natives of Lake Minchumina to act as Incorporators for such group in accordance with the Alaska Native Claims Settlement Act of December 18, 1971, 85 Stat. 688 (hereinafter referred to as ANCSA), do hereby make and adopt the following Articles of Incorporation:

### ARTICLE I

#### Name

The name of the Corporation is MINCHUMINA NATIVES INCORPORATED.

### ARTICLE II

#### Period of Duration

The period of duration of the corporation shall be perpetual.

### ARTICLE III

#### Purposes and Powers

EXHIBIT 3

-2-

The purposes for which the corporation is organized are as follows:

Section 1. To act as a corporation for a Native Group under the provisions of ANCSA for the Native community of Lake Munchumina, as defined in Sections 3(d) and Section 14(h)(2) of ANCSA.

Section 2. To engage in any activity lawful to a business corporation under the Act, so long as such activity is not prohibited by, or inconsistent with, the provisions of ANCSA relating to the powers, functions and operations of corporations established by and for Native groups.

Section 3. To promote the economic, social, cultural, and personal well-being of all Natives, as defined in Section 3(b) of ANCSA (who are members of the Native community of Lake Munchumina), and to engage in any and all lawful activities in furtherance of such purpose.

ARTICLE IV

Authorized Shares

Section 1. The aggregate number of shares which the corporation shall have authority to issue is 2,750 shares of common nonassessable voting stock with no par value.

EXHIBIT 3

-3-

Section 2. The Corporation shall issue stock without further consideration in such an amount as may be necessary to issue an equal number of shares of such stock to each Native or his successor, as defined in Section 3(b) of ANCSA, who is a resident of and enrolled pursuant to Section 5 of ANCSA to the Native Group of ___Lake Minchumina___, and all stock so issued shall be considered fully paid and nonassessable.

Section 3. The shares of the Corporation are not to be divided into classes, and the Corporation is not authorized to issue shares in series.

## ARTICLE V
## PREFERENCES, LIMITATIONS, AND RELATIVE RIGHTS

Section 1. Except as provided in Sections 2 and 3 hereof, each share of stock (a) shall be entitled to voting rights in elections for the Board of Directors and on such other questions as properly may be presented to the shareholders of the Corporation, and (b) shall vest in the holder all rights of a shareholder in a business corporation organized under the Act.

Section 2. For a period of twenty (20) years after December 18, 1971, shares of the Corporation's stock, inchoate rights therein, and any dividends paid or disbursements made with respect thereto may not be sold, pledged, subjected to a lien or judgment execution,


EXHIBIT 3

-4-

assigned in present or future, or otherwise alienated: provided that such limitation upon alienation shall not apply to transfers of stock pursuant to a court decree of separation, divorce or child support.

Section 3.  Upon the death of any shareholder, ownership of his shares shall be transferred in accordance with his last will and testament or under the applicable laws of intestacy.  During a period of twenty (20) years after December 18, 1971, shares shall carry voting rights only if the holder thereof is a Native, as defined in Section 3(b) of ANCSA.  In the event a deceased shareholder fails to dispose of his stock by will and has no heirs under the applicable laws of intestacy, such shares shall revert to the Corporation.

Section 4.  No shareholder shall have any preemptive rights to purchase, subscribe for or otherwise acquire any shares of stock of the Corporation, or any securities exchangeable for or convertible into such shares, or any warrants or other instruments evidencing rights or options to subscribe for, purchase, or otherwise acquire such shares.

ARTICLE VI

ADDRESS OF INITIAL REGISTERED OFFICE
AND NAME OF INITIAL REGISTERED AGENT

EXHIBIT 3

-5-

Section 1. <u>Registered Office</u>. The address of the initial registered office of the Corporation is: General Delivery, Lake Minchumina, Alaska 99623.

Section 2. <u>Registered Agent</u>. The name of the initial registered agent of the Corporation at such address is: Mary A. Flood.

Section 3: <u>Principal Place of Business</u>. The principal place of business of the Corporation is: Lake Minchumina, Alaska.

## ARTICLE VII

### DATA RESPECTING DIRECTORS

Section 1. <u>Initial Board of Directors</u>. The number of Directors constituting the Initial Board of Directors shall be Three (3). The names and addresses of the initial Board who are to serve as such Directors until the first annual meeting of shareholders, or until their successors shall have been elected and qualified, are:

| NAME | ADDRESS |
|---|---|
| 1. Robert J. Thompson | Lake Minchumina, Alaska |
| 2. Jane K. Thompson | Lake Minchumina, Alaska |
| 3. Mary A. Flood | Lake Minchumina, Alaska |
| 4. | |
| 5. | |
| 6. | |
| 7. | |

EXHIBIT 3

-6-

8.
9.

Section 2. Increase or Decrease of Directors. The number of Directors may be increased or decreased from time to time by amendment of the Bylaws, but no decrease shall have the effect of shortening the term of any incumbent Director. In the absence of a Bylaw fixing the term of the Directors, the term shall be for a period of one (1) year.

## ARTICLE VIII
### DATA RESPECTING INCORPORATORS

Section 1. Incorporators to Serve on Initial Board of Directors. Each of the incorporators of the Corporation shall also serve on the initial Board of Directors of the Corporation.

Section 2. Names and Addresses of Incorporators. The name and address of each incorporator are set forth in Article VII hereof. Each incorporator does hereby certify that he or she was selected as such incorporator by a duly constituted and called meeting of the Native residents of Lake Minchumina, Alaska, at Lake Minchumina, Alaska. Further, by affixing their names to this document, the incorporators and initial Directors, certify that to the best of their knowledge and belief, this document will not result in inequities among any Native persons or groups entitled

EXHIBIT 3

-7-

hold stock or otherwise participate in the affairs of the Corporation.

### ARTICLE IX
### AMENDMENT

Except as otherwise provided in Article IV, these Articles of Incorporation may be amended, altered or repealed from time to time in the manner and to the extent permitted by the laws of the State of Alaska.

IN WITNESS WHEREOF, the undersigned, being all of the Incorporators designated herein, each of whom are natural persons over nineteen years of age, execute these Articles of Incorporation and certify to the truth of the facts therein stated, this __12th__ day of __August__, 1975.

*[Signatures:]*
Robert J. Thompson
Jane K. Thompson
Mary A. Wood

EXHIBIT 3

-8-

STATE OF ALASKA           )
                          ) ss.
FOURTH JUDICIAL DISTRICT  )

This is to certify that on this 12ᵗʰ day of Angust, 1975, before me the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared Robert J. Thompson, Jane K. Thompson, _____, _____, _____, _____, _____, _____, and Mary A. Flood, each known to me to be the individuals named in and who executed the foregoing document, and they acknowledged to me severally that they signed and sealed the same freely and voluntarily for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal this 12 day of Angust.

*William H. Thune*
Notary Public in and for Alaska.
My commission expires: 1/18/78

EXHIBIT 3

STATE OF ALASKA
DEPARTMENT OF COMMERCE
POUCH D - JUNEAU, ALASKA 99801

FILED FOR RECORD
DEPARTMENT OF COMMERCE
STATE OF ALASKA
SEP 8 1970

MAILING ADDRESS OF CORPORATION

Minchumina Lakies Incorporated
Lake Minchumina, Alaska
99623

Alaska

Mary J. Hood

EXHIBIT 4

Kaktovik, Alaska 99747
November 17, 1977

15009-D

State of Alaska
Department of Commerce & Economic Development
Corporations
P.O. [illegible]
Juneau, Alaska [illegible]

FILED FOR RECORD
DEPARTMENT OF COMMERCE
STATE OF ALASKA

NOV 21 1977

SUBJECT: Annual Corporation Report for 1976
Nuvchiuna Natives, Incorporated

Item 1: Corporation is organized under laws of State of Alaska

Item 2: Registered Agent: Mary A. [illegible]
Office: Lake Nuvchuina, Alaska [illegible]

Item 3: Type of Business: Alaska Native Group Corporation.

Item 4: Board of Directors and addresses:

[illegible names and addresses, Lake Nuvchuina, Alaska]

[signature]

EXHIBIT 5

15009-D

## Minchumina Natives Incorporated

| | |
|---|---|
| Blackburn, Jonathan | Lake Minchumina, Alaska 99623 |
| Flood, Mary | Lake Minchumina, Alaska 99623 |
| Gho, Carol | Lake Minchumina, Alaska 99623 |
| Nelson, Valerie J. | Lake Minchumina, Alaska 99623 |
| Thompson, Jane | Lake Minchumina, Alaska 99623 |
| Thompson, Robert L. | Lake Minchumina, Alaska 99623 |
| Thompson, Sharon | Lake Minchumina, Alaska 99623 |

FILED FOR RECORD
DEPARTMENT OF COMMERCE
STATE OF ALASKA

NOV 21 1977

EXHIBIT 5

EXHIBIT A

| RETURN WITH REMITTANCE TO: | CORPORATION FRANCHISE TAX STATEMENT DUE ANNUALLY JANUARY 2 | No. FILED FOR RECORD STATE OF ALASKA FEB 5 1979 DEPARTMENT OF COMMERCE & ECONOMIC DEVELOPMENT |
|---|---|---|
| State of Alaska Department of Commerce & Economic Development Corporations Pouch D Juneau, Alaska 99811 | | To assure proper credit, this notice must be returned with your remittance. Your cancelled check is your receipt. |
| AMOUNT DUE Domestic 50.00 Foreign 00.00 ADD $25.00 to this statement for penalty if not paid by February 1 | | Do Not Detach For Office Use Only |

| AMOUNT RECEIVED | DATE |
|---|---|
| | |

STATE OF ALASKA
DEPARTMENT OF COMMERCE AND ECONOMIC DEVELOPMENT
CORPORATIONS SECTION
POUCH D - JUNEAU, ALASKA 99811

AUTHORITY A.S. 10.05 A99

1. FOR YEAR ENDING DECEMBER 31, 19 __78__
2. CORPORATION IS ORGANIZED UNDER THE LAWS OF THE STATE OR COUNTRY OF __Alaska__
3. REGISTERED AGENT __Mary A. Flood__
4. REGISTERED OFFICE IN ALASKA __Lake Minchumina, AK 99623__
5. ADDRESS OF PRINCIPAL CORPORATION OFFICE __General Delivery, Lake Minchumina, AK 99623__
6. CHARACTER OF BUSINESS IN WHICH CORPORATION IS ACTUALLY ENGAGED IN ALASKA __Native Group under ANCSA__

YOU MUST FURNISH THE NAMES AND ADDRESSES OF BOTH DIRECTORS AND OFFICERS. IF DIRECTORS AND OFFICERS ARE THE SAME PEOPLE WRITE "SAME" IN THE DIRECTORS AREA.

| | NAME | COMPLETE ADDRESS |
|---|---|---|
| DIRECTORS | SAME | |
| OFFICERS | Robert J. Thompson | Barter Island, AK 99747 |
| | Jane Thompson | Lake Minchumina, AK 99623 |
| | Mary A. Flood | Lake Minchumina, AK 99623 |

(IF MORE THAN THREE ATTACH LIST)

AGGREGATE NUMBER OF SHARES WHICH CORPORATION HAS AUTHORITY TO ISSUE, ITEMIZED BY CLASSES, PAR VALUE OF SHARES, SHARES WITHOUT PAR VALUE, AND SERIES, IF ANY, WITHIN A CLASS

| NUMBER OF SHARES | CLASS | SERIES | PAR VALUE PER SHARE |
|---|---|---|---|
| 2,700 | Common | — | None |

AGGREGATE NUMBER OF ISSUED SHARES, ITEMIZED BY CLASSES, PAR VALUE OF SHARES, SHARES WITHOUT PAR VALUE AND SERIES, IF ANY, WITHIN A CLASS

| NUMBER OF SHARES | CLASS | SERIES | PAR VALUE PER SHARE |
|---|---|---|---|
| 700 | Common | — | None |

THE AMOUNT OF STATED CAPITAL AS OF THE CLOSE OF BUSINESS ON DECEMBER 31   $ -0-

ATTACH AS EXHIBIT "A" THE NAME AND ADDRESS OF EACH NONRESIDENT ALIEN AFFILIATE. IF YOU HAVE NONE, INDICATE IN THE SPACE PROVIDED  N/A  (SEE REVERSE FOR DEFINITION)

DATED __Jan. 29__, 19__79__

NAME OF CORPORATION __Minchumina Natives Incorporated__

BY __Robert J. Thompson__
TITLE __Chairman, Board of Directors__
ATTESTED BY __Jane K. Thompson__

CORPORATE SEAL

FORM 08-191 REV 2/77

EXHIBIT 7

EXHIBIT B

## MINCHUMINA NATIVES INCORPORATED

Shareholders Owning 5% of the Shares of the Corporation

| Name | Address | % Shs. Owned |
|---|---|---|
| Jonathan Blackburn | Lake Minchumina, AK  99623 | 14.285% |
| Mary Flood | Lake Minchumina, AK  99623 | 14.285% |
| Carol Gho | Lake Minchumina, AK  99623 | 14.285% |
| Valerie J. Nelson | Lake Minchumina, AK  99623 | 14.285% |
| Jane Thompson | Lake Minchumina, AK  99623 | 14.285% |
| Robert J. Thompson | Barter Island, AK  99747 | 14.285% |
| Sharon Thompson | Lake Minchumina, AK  99623 | 14.285% |

EXHIBIT 7

STATE OF ALASKA
DEPARTMENT OF COMMERCE AND ECONOMIC DEVELOPMENT
CORPORATIONS SECTION
POUCH D - JUNEAU, ALASKA 99811
AUTHORITY: AS 10.05.690

(Type or print legibly)

NO. X 12192

Do Not Detach For Office Use Only

ANNUAL REPORT

FOR YEAR ENDING DECEMBER 31, 19 79

FILED FOR RECORD
STATE OF ALASKA

JUN 26 1980

DEPARTMENT OF COMMERCE
& ECONOMIC DEVELOPMENT

NAME OF CORPORATION: Minchumina Natives Incorporated

File No. 15029-D

1. CORPORATION IS ORGANIZED UNDER THE LAWS OF THE STATE OR COUNTRY OF: Alaska

2. ADDRESS OF PRINCIPAL CORPORATION OFFICE: General Delivery, Lake Minchumina, Alaska 99623

3. REGISTERED AGENT: Mary A. Flood
(FILE CHANGE ON FORM 08-184)

4. REGISTERED OFFICE IN ALASKA: Lake Minchumina, Alaska 99623
(FILE CHANGE ON FORM 08-184)

5. CHARACTER OF BUSINESS IN WHICH CORPORATION IS ACTUALLY ENGAGED IN ALASKA: Native Group as provided for by the Alaska Native Claims Settlement Act

6. AGGREGATE NUMBER OF SHARES WHICH CORPORATION HAS AUTHORITY TO ISSUE, ITEMIZED BY CLASSES, PAR VALUE OF SHARES, SHARES WITHOUT PAR VALUE, AND SERIES, IF ANY, WITHIN A CLASS.

| NUMBER OF SHARES | CLASS | SERIES | PAR VALUE PER SHARE |
|---|---|---|---|
| 7,700 | Common | | .00 |

7. AGGREGATE NUMBER OF ISSUED SHARES ITEMIZED BY CLASSES, PAR VALUE OF SHARES, SHARES WITHOUT PAR VALUE AND SERIES, IF ANY, WITHIN A CLASS.

| NUMBER OF SHARES | CLASS | SERIES | PAR VALUE PER SHARE |
|---|---|---|---|
| 7,000 | Common | | .00 |

8. THE AMOUNT OF STATED CAPITAL AS OF THE CLOSE OF BUSINESS ON DECEMBER 31: $.00

9. YOU MUST FURNISH THE NAMES AND ADDRESSES OF BOTH DIRECTORS AND OFFICERS. IF DIRECTORS AND OFFICERS ARE THE SAME PEOPLE, WRITE IN "SAME" IN THE DIRECTORS AREA.

| | NAME | COMPLETE ADDRESS |
|---|---|---|
| DIRECTORS | Same | |
| OFFICERS | Robert J. Thompson | Barter Island, AK 99747 |
| | Jane Thompson | Lake Minchumina, AK 99623 |
| | Mary A. Flood | Lake Minchumina, AK 99623 |

10. ATTACH AS EXHIBIT "A" THE NAME AND ADDRESS OF EACH NONRESIDENT ALIEN AFFILIATE. IF YOU HAVE NONE, INDICATE IN THE SPACE PROVIDED: None

11. ATTACH AS EXHIBIT "B" A NAME AND ADDRESS OF EACH PERSON HAVING A DIRECT OWNERSHIP OR CONTROL OF AT LEAST 5 PERCENT OF THE SHARES OR 5 PERCENT OF ANY CLASS OF SHARES AND THE PERCENTAGE OF SHARES OWNED BY THAT PERSON. EXHIBIT "B" SHALL COVER THE OWNERSHIP AS OF SEPTEMBER 30 OF THE REPORTING PERIOD. IF YOU HAVE NONE, INDICATE IN THE SPACE PROVIDED.

DATED: June 4, 1980

Robert J. Thompson, President
Jane K. Thompson, Secretary/Treasurer

CORPORATE SEAL

ATTESTED BY

EXHIBIT

EXHIBIT 9

MINCHUMINA NATIVES INCORPORATED

Shareholders Owning 5% of the Shares of the Corporation

| Name | Address | % Shs. Owned |
|---|---|---|
| Jonathan Blackburn | Lake Minchumina, AK  99623 | 14.285% |
| Mary Flood | Lake Minchumina, AK  99623 | 14.285% |
| Carol Cho | Lake Minchumina, AK  99623 | 14.285% |
| Valerie J. Nelson | Lake Minchumina, AK  99623 | 14.285% |
| Jane Thompson | Lake Minchumina, AK  99623 | 14.285% |
| Robert J. Thompson | Hunter Island, AK  99747 | 14.285% |
| Sharon Thompson | Lake Minchumina, AK  99623 | 14.285% |

EXHIBIT 8