ARTICLES OF INCORPORATION

OF

MINCHUMINA NATIVES INCORPORATED

FILED FOR RECORD
STATE OF ALASKA
NOV 6 1975
DEPARTMENT OF COMMERCE
& ECONOMIC DEVELOPMENT

We, the undersigned, being natural persons at least nineteen (19) years of age, desiring to form a business corporation (hereinafter referred to as the Corporation) under the provisions of the Alaska Business Corporation Act (hereinafter referred to as the Act), and having been designated by the Natives of Lake Minchumina to act as incorporators for such group in accordance with the Alaska Native Claims Settlement Act of December 18, 1971, 85 Stat. 688 (hereinafter referred to as ANCSA), do hereby make and adopt the following Articles of Incorporation:

### ARTICLE I

#### Name

The name of the Corporation is MINCHUMINA NATIVES INCORPORATED.

### ARTICLE II

#### Period of Duration

The period of duration of the Corporation shall be perpetual.

### ARTICLE III

#### Purposes and Powers

EXHIBIT 1
Page 1 of 8

-2-

The purposes for which the corporation is organized are as follows:

Section 1. To act as a corporation for a Native Group under the provisions of ANCSA for the Native community of <u>Lake Munchumina</u>, as defined in Sections 3(d) and Section 14(h)(2) of ANCSA.

Section 2. To engage in any activity lawful to a business corporation under the Act, so long as such activity is not prohibited by, or inconsistent with, the provisions of ANCSA relating to the powers, functions and operations of corporations established by and for Native groups.

Section 3. To promote the economic, social, cultural, and personal well-being of all Natives, as defined in Section 3(b) of ANCSA [who are members of the Native community of <u>Lake Munchumina</u>], and to engage in any and all lawful activities in furtherance of such purpose.

ARTICLE IV

Authorized Shares

Section 1. The aggregate number of shares which the corporation shall have authority to issue is <u>2,700</u> shares of common nonassessable voting stock with no par value.

EXHIBIT <u>1</u>
Page <u>2</u> of <u>8</u>

-3-

Section 2. The Corporation shall issue stock without further consideration in such an amount as may be necessary to issue an equal number of shares of such stock to each Native or his successor, as defined in Section 3(b) of ANCSA, who is a resident of and enrolled pursuant to Section 5 of ANCSA to the Native Group of ____Lake Minchumina____, and all stock so issued shall be considered fully paid and nonassessable.

Section 3. The shares of the Corporation are not to be divided into classes, and the Corporation is not authorized to issue shares in series.

## ARTICLE V
## PREFERENCES, LIMITATIONS, AND RELATIVE RIGHTS

Section 1. Except as provided in Sections 2 and 3 hereof, each share of stock (a) shall be entitled to voting rights in elections for the Board of Directors and on such other questions as properly may be presented to the shareholders of the Corporation, and (b) shall vest in the holder all rights of a shareholder in a business corporation organized under the Act.

Section 2. For a period of twenty (20) years after December 18, 1971, shares of the Corporation's stock, inchoate rights therein, and any dividends paid or disbursements made with respect thereto may not be sold, pledged, subjected to a lien or judgment execution,

EXHIBIT _1_
Page _3_ of _8_

-4-

assigned in present or future, or otherwise alienated: provided that such limitation upon alienation shall not apply to transfers of stock pursuant to a court decree of separation, divorce or child support.

Section 3. Upon the death of any shareholder, ownership of his shares shall be transferred in accordance with his last will and testament or under the applicable laws of intestacy. During a period of twenty (20) years after December 18, 1971, shares shall carry voting rights only if the holder thereof is a Native, as defined in Section 3(b) of ANCSA. In the event a deceased shareholder fails to dispose of his stock by will and has no heirs under the applicable laws of intestacy, such shares shall revert to the Corporation.

Section 4. No shareholder shall have any preemptive rights to purchase, subscribe for or otherwise acquire any shares of stock of the Corporation, or any securities exchangeable for or convertible into such shares, or any warrants or other instruments evidencing rights or options to subscribe for, purchase, or otherwise acquire such shares.

ARTICLE VI

ADDRESS OF INITIAL REGISTERED OFFICE
AND NAME OF INITIAL REGISTERED AGENT

EXHIBIT 1
Page 4 of 8

-5-

Section 1. <u>Registered Office</u>. The address of the initial registered office of the Corporation is: General Delivery, Lake Minchumina, Alaska 99623.

Section 2. <u>Registered Agent</u>. The name of the initial registered agent of the Corporation at such address is: Mary A. Flood.

Section 3: <u>Principal Place of Business</u>. The principal place of business of the Corporation is: Lake Minchumina, Alaska.

## ARTICLE VII

## DATA RESPECTING DIRECTORS

Section 1. <u>Initial Board of Directors</u>. The number of Directors constituting the Initial Board of Directors shall be Three (3). The names and addresses of the Initial Board who are to serve as such Directors until the first annual meeting of shareholders, or until their successors shall have been elected and qualified, are:

| NAME | ADDRESS |
|---|---|
| 1. Robert J. Thompson | Lake Minchumina, Alaska |
| 2. Jane K. Thompson | Lake Minchumina, Alaska |
| 3. Mary A. Flood | Lake Minchumina, Alaska |
| 4. | |
| 5. | |
| 6. | |
| 7. | |

EXHIBIT 1
Page 5 of 8

8.

9.

Section 2. Increase or Decrease of Directors. The number of Directors may be increased or decreased from time to time by amendment of the Bylaws, but no decrease shall have the effect of shortening the term of any incumbent Director. In the absence of a Bylaw fixing the term of the Directors, the term shall be for a period of one (1) year.

## ARTICLE VIII
## DATA RESPECTING INCORPORATORS

Section 1. Incorporators to Serve on Initial Board of Directors. Each of the Incorporators of the Corporation shall also serve on the Initial Board of Directors of the Corporation.

Section 2. Names and Addresses of Incorporators. The name and address of each Incorporator are set forth in Article VII hereof. Each incorporator does hereby certify that he or she was selected as such incorporator by a duly constituted and called meeting of the Native residents of Lake Minchumina, Alaska, at Lake Minchumina, Alaska. Further, by affixing their names to this document, the incorporators and initial Directors, certify that to the best of their knowledge and belief, this document will not result in inequities among any Native persons or groups entitled

EXHIBIT 1
Page 6 of 8

-7-

to hold stock or otherwise participate in the affairs of the Corporation.

## ARTICLE IX

### AMENDMENT

Except as otherwise provided in Article IV, these Articles of Incorporation may be amended, altered or repealed from time to time in the manner and to the extent permitted by the laws of the State of Alaska.

IN WITNESS WHEREOF, the undersigned, being all of the Incorporators designated herein, each of whom are natural persons over nineteen years of age, execute these Articles of Incorporation and certify to the truth of the facts therein stated, this __12th__ day of __August__, 1975.

*Robert J. Thompson*
*Jane K. Thompson*
*Mary A. Flood*

EXHIBIT _1_
Page _7_ of _8_

-8-

STATE OF ALASKA        )
                       ) ss.
FOURTH JUDICIAL DISTRICT )

    This is to certify that on this 12th day of August, 1975, before me the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared Robert J. Thompson, Jane K. Thompson, _____, _____, _____, _____, _____, _____, and Mary A. Flood, each known to me to be the individuals named in and who executed the foregoing document, and they acknowledged to me severally that they signed and sealed the same freely and voluntarily for the uses and purposes therein set forth.

    IN WITNESS WHEREOF, I have hereunto set my hand and official seal this 12 day of August.

                                                 /s/ William H. Timme
(SEAL)                   Notary Public in and for Alaska.
                            My commission expires: 1/18/78

EXHIBIT 1
Page 8 of 8