Search - 1 Result - Dissolution and Village and Corporation
Case 4:04-cv-00027-JWS   Document 46-5   Filed 03/01/2007   Page 1 of 3
Page 1 of 3

Source: Legal > States Legal - U.S. > Alaska > Agency & Administrative Materials > AK Attorney General Opinions
Terms: dissolution and village and corporation and date(geq (5/5/1980) and leq (5/5/1980)) (Edit Search)

*1980 Alas. AG LEXIS 609, **

OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF ALASKA

File No. A66-430-80

1980 Alas. AG LEXIS 609; 1980 Op. (Inf) Atty Gen. Alas.

May 5, 1980

**CORE TERMS:** village, dissolved, involuntary dissolution, involuntarily, reinstatement, reinstated, dissolution, registered, two-year, certificate, alaska, delinquency, statutory period, omission, neglect, Alaska Native Claims Settlement Act, last known, delinquent, dissolve, expired, license

**TYPE:** INFORMAL OPINION

**SYLLABUS:**
[*1]

SUBJECT: **Dissolution** of ANCSA **Village Corporations**

**REQUESTBY:**

Julius J. Brecht, Director
Division of Banking & Securities
Dept. of Commerce &
Economic Development

**OPINIONBY:**
AVRUM M. GROSS, ATTORNEY GENERAL; David T. LeBlond, Assistant Attorney General, Anchorage - AGO

**OPINION:**
MEMORANDUM

You have requested our opinion whether **village corporations** organized under Alaska law pursuant to the Alaska Native Claims Settlement Act (ANCSA) which have been involuntarily dissolved by the Department of Commerce and Economic Development, and for which the two-year statutory period for reinstatement has passed, may nonetheless be reinstated. In our opinion the answer is "no".

The Alaska Native Claims Settlement Act (P.L. 92-203; 85 Stat. 688; 43 U.S.C. 1601, et seq.) provides for the creation of **village corporations**. **These corporations** are organized under the laws of the state of Alaska.

The Native residents of each Native **village** entitled to receive lands and benefits under this chapter shall organize as a business for profit or nonprofit **corporation** under the laws of the State before the Native **village** may receive patent to lands or benefits under this chapter, except as otherwise provided.

43 U.S.C. § 1607(a). [*2] We understand that the **village corporations** with which you

EXHIBIT 3
Page 1 of 3

are concerned were organized as business for profit **corporations** under the Alaska Business **Corporation** Act, AS 10.05.

AS 10.05.519 provides that a **corporation** may be dissolved involuntarily by the Commissioner of the Department of Commerce and Economic Development. n1

n1 AS 10.05.519 states as follows:

Involuntary **dissolution.** (a) A **corporation** may be dissolved involuntarily by the commissioner when

(1) the **corporation** is delinquent six months in filing its annual report or in paying a license filing fee or penalty;

(2) the **corporation** has failed for 30 days to appoint and maintain a registered agent in this state;

(3) the **corporation** has failed for 30 days after change of its registered office or registered agent to file in the office of the commissioner a statement of the change;

(4) the **corporation** has failed for two years to complete **dissolution** pursuant to a statement of intent to dissolve; or

(5) a vacancy in the board of directors of a **corporation** is not filled within six months or the next annual meeting whichever occurs first.

(b) No **corporation** may be involuntarily dissolved unless the commissioner has given the **corporation** at least 60 days' notice of its delinquency or omission by certified mail addressed to its registered office or in care of one of its principal officers or directors, at the last known address of the officer or director, as shown by the records of the commissioner, and the **corporation** has failed to correct the neglect, omission or delinquency before involuntary **dissolution.**

(c) When a **corporation** has given cause for involuntary **dissolution** and has failed to correct the neglect, omission or delinquency as provided in this section, the commissioner shall dissolve the **corporation** by issuing a certificate of involuntary **dissolution** containing a statement that the **corporation** has been dissolved, the date, and the reason for which it was dissolved. The original certificate of **dissolution** shall be placed in the department files and a copy of it mailed to the **corporation** at its registered office or in care of one of its principal officers or directors, at the last known address of the officer or director, as shown by the records of the commissioner. Upon the issuance of the certificate of involuntary **dissolution,** the existence of the **corporation** shall cease, except as otherwise provided in this section, and its name shall be available to and may be adopted by another **corporation** no less than six months after the **dissolution.**

(d) A **corporation** dissolved by the commissioner under the provisions of this section may be reinstated by the commissioner at any time within two years from the date of the certificate of involuntary **dissolution** whenever it is established to the satisfaction of the commissioner that in fact there was no cause for the **dissolution,** or whenever the neglect or delinquency resulting in **dissolution** has been corrected and payment made of double the amount delinquent along with the amount the **corporation** would have paid had it not been dissolved during the two-year period. Reinstatement may not be authorized if the same or a deceptively similar corporate, limited partnership, reserved or registered name is currently on file with the commissioner, unless the **corporation** being reinstated contemporaneously

EXHIBIT 3
Page 2 of 3

amends its articles of incorporation to change its name to conform with the provisions of this chapter.

(e) Nothing in this section relieves a **corporation** reinstated under this section from penalty of forfeiture of its powers as a body corporate in cases of failure to pay subsequently accruing licenses and taxes imposed by a law of this state. [*3]

We understand that the commissioner has dissolved certain ANCSA **village corporations** under this section of the Alaska Business **Corporation** Act. It provides that a **corporation** dissolved by the commissioner may be reinstated by the commissioner at any time within two years from the date of the certificate of involuntary **dissolution.** We understand that many involuntarily dissolved **village corporations** have been reinstated, but that for certain other **village corporations** which were involuntarily dissolved, the two-year period for reinstatement has expired, and those **corporations** have not been reinstated.

The legislative history of ANCSA indicates that Congress intended to give the state jurisdiction over Native corporate affairs, except as otherwise limited in the Act. Calista Corp. v. DeYoung, 562 P.2d 338, 341 (Alaska 1977). Our review of the provisions of ANCSA does not disclose any limitation upon the application of the involuntary **dissolution** provisions of the Alaska Business **corporation** Act to **village corporations,** albeit ANCSA implicitly presumes the undisturbed existence of the **village corporations.** In our view, neither that implicit presumption nor the specific provisions [*4] of ANCSA, for instance those forbidding the alienation of stock in the **village corporations** and otherwise preserving the inchoate rights of stockholders, dictate that **village corporations** may not be involuntarily dissolved as provided in the applicable law of the state of alaska under which they were organized.

Inasmuch as we conclude that the involuntary **dissolution** provisions of the Alaska Business **Corporation** Act apply to **village corporations** organized under Alaska law pursuant to ANCSA, we necessarily conclude that the two-year statutory period for reinstatement of business **corporations** applies to **village corporations** just as it applies to other **corporations** generally. You have been asked to make a special exception for certain **village corporations,** however, and to reinstate them after the two-year period for reinstatement has passed. Our review of the Alaska Business **Corporation** Act and the powers and authorities of the Commissioner of the Department of Commerce and Economic Development does not reveal any basis for the reinstatement of an involuntarily dissolved business **corporation** after the two-year statutory period for reinstatement has expired, even if it is an ANCSA **village** [*5] **corporation.**

Source: Legal > States Legal - U.S. > Alaska > Agency & Administrative Materials > AK Attorney General Opinions
Terms: dissolution and village and corporation and date(geq (5/5/1980) and leq (5/5/1980))  (Edit Search)
View: Full
Date/Time: Monday, November 1, 2004 - 1:47 PM EST

About LexisNexis | Terms and Conditions

Copyright © 2004 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

EXHIBIT 3
Page 3 of 3