Alaska Entity #: **91983**

# State of Alaska
## Department of Commerce, Community, and Economic Development
## Corporations, Business and Professional Licensing

# CERTIFICATE OF INCORPORATION
## Nonprofit Corporation

THE UNDERSIGNED, as Commissioner of Commerce, Community, and Economic Development of the State of Alaska, hereby certifies that Articles of Incorporation duly signed and verified pursuant to the provisions of Alaska Statutes has been received in this office and have been found to conform to law.

ACCORDINGLY, the undersigned, as Commissioner of Commerce, Community and Economic Development, and by virtue of the authority vested in me by law, hereby issues this certificate to

**Minchumina Natives, Inc.**

and attaches hereto the original copy of the Articles of Incorporations for such certificate.



IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on **January 27, 2005.**

*Edgar Blatchford*
Edgar Blatchford
Commissioner

EXHIBIT 5
Page 1 of 1