STATE OF ALASKA

~~1993~~
~~BIENNIAL REPORT~~
For the period ending December 31, ~~1993, 1995, 1997, 1999, 2001,~~ 2003

Alaska File Nu[redacted]

15009-D

Date Filed: 11/21/2005 08:00 AM
State of Alaska
Department of Commerce

**Name of Entity:** MINCHUMINA NATIVES, INC.

**Mailing Address of Entity:**
c/o Carol Lee Gho
3720 Hardluck Dr, Fairbanks AK 99709

**Name and Mailing Address of Registered Agent:**
MARY A FLOOD
GENERAL DELIVERY
LAKE MINCHUMINA AK 99623

**Physical Address of Agent if Mailing Address is a PO Box or Mail Stop**

Please note that this report may not be filed for record if the required information is not provided. All corporations must have a president, secretary, treasurer and at least one director. The secretary and the president cannot be the same person unless the president is 100% shareholder. The entity must also list any alien affiliates and those shareholders that hold 5% or more of the issued shares.

| Title | Name | Mailing Address | City, State Zip | If Director | % Shares Held | If Alien Affiliate |
|---|---|---|---|---|---|---|
| President | Robert Thompson | Box 35 | Kaktovik AK 99747 | x | | |
| Vice President | Sharon Thompson | 4100 Parks Ridge | Fairbanks AK 99709 | x | | |
| Secretary | Carol Lee Gho | 3720 Hardluck Dr | Fairbanks AK 99709 | x | | |
| Treasurer | Carol Lee Gho | 3720 Hardluck Dr | Fairbanks AK 99709 | x | | |
| Director | | | | | | |

If necessary, attach a list of additional officers, directors, shareholders, and alien affiliates on a separate 8 ½" X 11" sheet of paper. **This report is public information.** Please do not list confidential information such as date of birth or Social Security Numbers.

**Note:** The registered agent information, name of the entity and the information in the boxes below cannot be changed using this form. You can request the necessary form to change the information by calling 907-465-2530 or visit our website at www.corporations.alaska.gov

| State of Domicile | ALASKA | | | | | |
|---|---|---|---|---|---|---|
| Total Number of Authorized Shares | 2,700 | Class: | COMMON | Series | VOTING | NO PAR VALUE |
| Description of Business Activities of the Corporation in Alaska | NATIVE CORPORATON | | | | | |
| Primary SIC Code | 9999 | | | | | |

Date: 14Nov05
Signature: [signed]
Title: Secretary/Treasurer

This report must be received with the applicable fees.
**Domestic Entity - $100**
If postmarked after February 1, 2004 - 137.50

**Foreign Entity (State of Domicile not Alaska) - $200**
If post marked after February 1, 2004 - 247.50

~~TOTAL REINSTATMENT FEE DUE IS $962.50~~

Mail the completed report and the applicable fees to: State of Alaska, Corporation
PO Box 110808
Juneau, AK 99811-0808

Revised 11-2003 nlh

EXHIBIT 6
Page 1 of 1

State of Alaska
Reinstatement Biennial Report - Corporat 1 Page(s)



T0532544070