Online Public Notices                                     **Department of Commerce**

# Alaska Corporations, Business and Professional Licensing

Search
- By Entity Name
- By AK Entity #
- By Officer Name
- By Registered Agent
  Verify
- Verify Certification
  Biennial Report
- File Online
  LLC
- File Online
  Business Corporation
- File Online
  Online Orders
- Register for Online
  Orders
- Order Good Standing
  Name Registration
- Register a Business
  Name Online

Date: 2/26/2007

**Filed Documents**
(Click above to view filed documents that are available.)

**Print Blank Biennial Report**
(To view the report, you must have Acrobat Reader installed.)

## Entity Name History

| Name | Name Type |
|---|---|
| Lake Minchumina Natives, Inc. | Legal |
| Minchumina Natives, Inc. | Prev Legal |

## Business Corporation Information

| | |
|---|---|
| AK Entity #: | 15009D |
| Status: | Active - Good Standing |
| Entity Effective Date: | 11/06/1975 |
| Primary NAICS Code: | 9999: Alaska Native Village Corpor |
| Home State: | AK |
| Principal Office Address: | N/A |
| Expiration Date: | Perpetual |
| Last Biennial Report Filed Date: | 11/21/2005 |
| Last Biennial Report Filed: | 2005 |
| Biennial Report Month: | |

## Registered Agent

| | |
|---|---|
| Agent Name: | Gho, Carol Lee |
| Office Address: | 3720 Hardluck Dr<br>Fairbanks AK 99709 |
| Mailing Address: | |
| Principal Office Address: | No Address |

Officers, Directors, 5% or more Shareholders, Members or Managers

EXHIBIT 1

https://myalaska.state.ak.us/business/soskb/corp.asp?342073                         2/26/2007

| | | |
|---|---|---|
| **Name:** | | **Robert Thompson** |
| **Address:** | | Box 35<br>Kaktovik AK 99747 |
| **Title:** | | President |
| **Owner Pct:** | | |
| **Name:** | | **Robert Thompson** |
| **Address:** | | Box 35<br>Kaktovik AK 99747 |
| **Title:** | | Director |
| **Owner Pct:** | | |
| **Name:** | | **Sharon Thompson** |
| **Address:** | | 4100 Park Ridge<br>Fairbanks AK 99709 |
| **Title:** | | Vice President |
| **Owner Pct:** | | |
| **Name:** | | **Sharon Thompson** |
| **Address:** | | 4100 Park Ridge<br>Fairbanks AK 99709 |
| **Title:** | | Director |
| **Owner Pct:** | | |
| **Name:** | | **Carol Lee Gho** |
| **Address:** | | 3720 Hardluck Dr<br>Fairbanks AK 99709 |
| **Title:** | | Secretary |
| **Owner Pct:** | | |
| **Name:** | | **Carol Lee Gho** |
| **Address:** | | 3720 Hardluck Dr<br>Fairbanks AK 99709 |
| **Title:** | | Treasurer |
| **Owner Pct:** | | |
| **Name:** | | **Carol Lee Gho** |
| **Address:** | | 3720 Hardluck Dr<br>Fairbanks AK 99709 |
| **Title:** | | Director |
| **Owner Pct:** | | |

Officers & Directors

EXHIBIT 1



Search
- By Entity Name
- By AK Entity #
- By Officer Name
- By Registered Agent

Verify
- Verify Certification Biennial Report
- File Online LLC
- File Online Business Corporation
- File Online Online Orders
- Register for Online Orders
- Order Good Standing Name Registration
- Register a Business Name Online

## Officers & Directors

| Name | Title(s) |
| --- | --- |
| **Robert Thompson**<br>Box 35<br>Kaktovik AK 99747 | President, Director |
| **Sharon Thompson**<br>4100 Park Ridge<br>Fairbanks AK 99709 | Vice President, Director |
| **Carol Lee Gho**<br>3720 Hardluck Dr<br>Fairbanks AK 99709 | Secretary, Treasurer, Director |

Click here to go back to the Corporation

Webmaster　Contact the Division

EXHIBIT 1

https://myalaska.state.ak.us/business/soskb/Names.asp?PItemID=342073　　2/26/2007



**Department of Commerce**

If the Creation Filing is not available to be viewed, the entire file may be incompl
it has not been imaged. Therefore, there may be other types of filings associate
entity.

Date: 2/26/2007

**Current Name:** Lake Minchumina Natives, Inc.

| Image | Date | Document |
|---|---|---|
|  | 11/6/1975 | Creation Filing |
|  | 9/8/1976 | Biennial Report |
|  | 11/21/1977 | Biennial Report |
|  | 2/1/1978 | Biennial Report |
|  | 2/5/1979 | Biennial Report |
|  | 6/26/1980 | Biennial Report |
|  | 8/5/1991 | Dissolution 60 Day Notice |
|  | 10/14/1991 | Admin Dissolution |
|  | 11/27/1991 | Reinstatement |
|  | 7/12/1993 | Dissolution 60 Day Notice |
|  | 9/20/1993 | Admin Dissolution |
|  | 11/21/2005 | Reinstatement |
|  | 11/21/2005 | Biennial Report |
|  | 11/21/2005 | Biennial Report |
|  | 11/21/2005 | Biennial Report |
|  | 11/21/2005 | Biennial Report |
|  | 11/21/2005 | Biennial Report |
|  | 11/21/2005 | Biennial Report |
|  | 11/21/2005 | Name Change Amendment |
|  | 11/21/2005 | Agent Change |

▼ *View the images on-line!! Netscape users, use the N button.*

**Search**
- By Entity Name
- By AK Entity #
- By Officer Name
- By Registered Agent
  Verify
- Verify Certification
  Biennial Report
- File Online
  LLC
- File Online
  Business Corporation
- File Online
  Online Orders
- Register for Online
  Orders
- Order Good Standing
  Name Registration
- Register a Business
  Name Online

Webmaster   Contact the Division

EXHIBIT 2

https://myalaska.state.ak.us/business/soskb/Filings.asp?342073                    2/26/2007