# STATE OF ALASKA

**DEPARTMENT OF COMMERCE & ECONOMIC DEVELOPMENT**

DIVISION OF BANKING, SECURITIES & CORPORATIONS

WALTER J. HICKEL, GOVERNOR

P.O. BOX D
JUNEAU, ALASKA 99811-0800
Banking & Securities (907) 465-2521
Corporation Section (907) 465-2530
ANCHORAGE
Corporation Information (907) 563-2161

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

August 5, 1991

MINCHUMINA NATIVES INCORPORATED
MARY A FLOOD                150090
GENERAL DELIVERY

LAKE MINCHUMINA AK. 99623

Pursuant to Alaska Statute 10.06.633(b), 60-day notice is hereby given that the above-named corporation has not filed its biennial report and/or paid the biennial corporate tax for the period ending December 31, 1990.

If the biennial report and/or tax are received postmarked later than midnight October 6, 1991, a Certificate of Involuntary Dissolution will be issued as authorized by AS 10.06.633(a)(1). The corporation will cease to exist as of October 7, 1991, except as provided by AS 10.06.678.

The corporation has an opportunity for a hearing on the involuntary dissolution. A request for a hearing must be in writing and be received within 60 days after the receipt of this notice. The written request for the hearing must specify the statutory grounds the appealing party believes to be a basis for stay of involuntary dissolution.

If you have any questions, require assistance, or need additional information, please contact the Division of Banking, Securities, and Corporations at (907) 465-2530.

Sincerely,

Willis F. Kirkpatrick
Director

WFK/MPM/bkt4383c
052991a

EXHIBIT 9



SENDER:
• Complete items 1 and/or 2 for additional services.
• Complete items 3, and 4a & b.
• Print your name and address on the reverse of this form so that we can return this card to you.
• Attach this form to the front of the mailpiece, or on the back if space does not permit.
• Write "Return Receipt Requested" on the mailpiece next to the article number.

3. Article Addressed to:

MINCHUMINA NATIVES INCORPORATED
MARY A FLOOD                    1500GD
GENERAL DELIVERY
LAKE MINCHUMINA AK. 99623

5. Signature (Addressee)
Mary a. Flood

6. Signature (Agent)

PS Form 3811, October 1990    ☆U.S. GPO 1990-273-861    DOMESTIC RETURN RECEIPT

I also wish to receive ls following services (for an ex feel:

1. ☐ Addressee's Addre
2. ☐ Restricted Delivery

Consult postmaster for fee

4a. Article Number

4b. Service Type
   ☐ Registered        ☐ Insured
   ☐ Express Mail      ☐ COD
   ☐ Return Receipt for Merchandise

7. Date of Delivery   8/13/91

8. Addressee's Address (Only if requested and fee is paid)

EXHIBIT 9



United States Postal Service

Official Business

PENALTY FO
USE $

PENALTY
US

Print your name, address and ZIP Code here and ZIP Code

Department of Commerce
& Economic Development
Division of Banking, Securities
& Corporations
P.O. Box D
Juneau, Alaska 99811-0800

-0800

EXHIBIT 9

# State of Alaska
## Department of Commerce and Economic Development
## Division of Banking, Securities and Corporations

HINCHUMINA NATIVES INCORPORATED
HARM & FLOOD                    150090
GENERAL DELIVERY

LAKE HINCHUMINA AK  99623

# CERTIFICATE
## OF
## INVOLUNTARY DISSOLUTION

The undersigned, as Director of the Division of Banking, Securities, and Corporations of the Department of Commerce and Economic Development, State of Alaska, pursuant to Alaska Statute 10.06.633(a)(1), hereby dissolves the above-mentioned corporation.

The corporation is dissolved for failure to file it's biennial report and/or pay it's corporate biennial tax for the period ending December 31, 1990.

The corporation will cease to exist as of the date of this Certificate of Involuntary Dissolution, except as provided by Alaska Statute 10.06.678.



IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on

October 14, 1991.

Willis F. Kirkpatrick

**DIRECTOR**

**EXHIBIT 10**

08-150 (Rev 9/91)

Issued By: Corporations Section, P.O. Box D, Juneau, Alaska 99811, Telephone (907) 465-2530

FILE NO. 15009 D

# State of Alaska
## Department of Commerce and Economic Development
### Division of Banking, Securities and Corporations

# CERTIFICATE
## OF
# REINSTATEMENT

The undersigned, as Commissioner of Commerce and Economic Development of the State of Alaska, and custodian of corporation records for said state, hereby certifies that

**MINCHUMINA NATIVES INCORPORATED**

a corporation organized under the laws of the State of Alaska, which was involuntary dissolved for failure to file its biennial report and/or pay its biennial corporation taxes, filed all reports and paid all taxes and penalties due at this time on November 27, 1991.

I FURTHER CERTIFY THAT said corporation is hereby reinstated on the records of this state.



IN TESTIMONY WHEREOF. I execute this certificate and affix the Great Seal of the State of Alaska on

November 27, 1991.

*Glenn A. Olds*

Glenn A. Olds
COMMISSIONER OF COMMERCE
AND ECONOMIC DEVELOPMENT

EXHIBIT 11

08-130 (Rev. 10/88)
6102M-2

Issued By: Corporations Section, PO. Box D, Juneau, Alaska 99811. Telephone (907) 465-2530

Report and tax are due on or before January 2

**BIENNIAL REPORT**
As required by AS 10.06.806

State of Alaska
Corporations Section
PO. Box D
Juneau, Alaska 99811
(907) 465-2530

FILE NO: 15009 D

Filed for Record
State of Alaska

NOV 27 1991

**FOR PERIOD ENDING**
DECEMBER 31, 19 90

1. Registered agent and registered office of record:

Department of Commerce
Economic Development

MINCHUMINA NATIVES INCORPORATED

MAE-A-FLOOD   Caril ee 6lo
GENERAL DELIVERY   B x 70231

LAKE MINCHUMINA   AK.   99623
FLKs, AK. 99707

**CORPORATION TAX DUE:**

DOMESTIC (Formed in Alaska)
$100.00 plus $37.50 penalty if report is
not postmarked on or before February 1*

FOREIGN (Not formed in Alaska)
$20.00 plus $47.50 penalty if report is
not postmarked before February 1*

* If report is postmarked after February 1, a penalty of $25.00 is assessed on the tax plus a penalty on the biennial report of 10% of the tax.

| 2. Write any change of registered agent in this space. | 3. Write any change of registered office in this space. |
|---|---|

AS 10.06.165 PRECLUDES CHANGES TO REGISTERED AGENTS AND/OR OFFICE ON THIS FORM. IF A CHANGE IS TO BE MADE, PLEASE CONTACT US FOR A FORM.

If a change is made in 2 or 3, an additional $15.00 is due and the report must be signed by President or Vice President.

4. Corporation organized under the laws of state/country of

5. Address of principal corporation office in   GENERAL DELIVERY
the state or country where incorporated.   LAKE MINCHUMINA AK   99623

6. Write a description of the business activities of the corporation in Alaska

Write any changes in SIC code below preprinted data.

| | Primary | Secondary | Other |
|---|---|---|---|
| | 9930 | | 9999 |

| 7. Total number of **authorized shares** corporation may issue, as indicated in articles of incorporation. | | | | 8. List the total number of **issued shares**. If no shares issued, write NA. | | | |
|---|---|---|---|---|---|---|---|
| No. of Shares | Class | Series | Par Value Per Share | No. of Shares | Class | Series | Par Value Per Share |
| 2700 | C | | .00 | 700 | C | | 0.00 |

9a. Write the names and addresses of the directors. Attach list if necessary.

| | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Directors | attached | | | | |

9b. Write the names and addresses of the officers. Attach list if necessary.
Pres. Robert Thompson   Kokrine, AK. 99747
V.Pres. Jonathan Blackburn   B x 105   Ester, Alaska 99725
Secy. { Caril Lee 6lo   B x 70231   Flks, AK. 99707
Treas.

10. Write the name and address of each alien affiliate and the percentage, if any, of shares controlled by each. Describe the relationship between the alien affiliates and the corporation. Attach list if necessary. If no alien affiliates, write NA.

N/A

11. Write the name, address and percentage of shares of each individual or corporation owning at least 5% of the shares or of any class of shares. Attach list if necessary. If none, write NA.

| Name | Address | City | State | Zip | % of Shares |
|---|---|---|---|---|---|
| attached | | | | | |

Before signing, you must respond to items numbered 6 through 11 or the report will not be filed. I understand that any officer or director who signs this form knowing it to contain information which is false in any material respect is subject to criminal prosecution under the provisions of AS 10.06.825.

| 11/25/91 | Robert J. Thompson | President |
|---|---|---|
| Date | Signature | Title |

★ ★ **MAIL ORIGINAL, SIGNED REPORT WITH $$$$ BEFORE THE JANUARY 2 DUE DATE** ★ ★

| For Office Use Only Amount Rec'd | $100 | $115 | $137.50 | $152.50 | Receipt No: 215 - 69107394 |
|---|---|---|---|---|---|
| | $200 | $215 | $247.50 | $262.50 | #274 |

08-191 (Rev. 2/90)

00202063

**EXHIBIT 11**

Directors                                               Shares

1. Robert Thompson
   Kaktovik, Alaska  99747                              $\frac{100}{700}$

2. Jane Thompson
   Kaktovik, Alaska  99747                              $\frac{100}{700}$

3. Sharon Thompson
   Kaktovik, Alaska  99747                              $\frac{100}{700}$   14.2 each.

4. Valerie Jean Nelson
   4003 Dunbar
   Fbks, Alaska  99709                                  $\frac{100}{700}$

5. Carol Lee Oka
   Box 70031
   Fbks, AK.  99107                                     $\frac{100}{700}$

6. Jonathan Blackburn
   Box 105
   Ester, Alaska  99725                                 $\frac{100}{700}$

7. Mary Flood
   Lake Minchumina, Alaska  99757                       $\frac{100}{700}$

                                            Total  $\frac{700}{00}$

EXHIBIT 1

# STATE OF ALASKA

## DEPARTMENT OF COMMERCE AND ECONOMIC DEVELOPMENT

### DIVISION OF BANKING, SECURITIES AND CORPORATIONS

15009 D

**WALTER J. HICKEL, GOVERNOR**

P.O. BOX 110807
JUNEAU, ALASKA 99811-0807
Banking & Securities (907) 465-2521
Corporation Section (907) 465 2530

ANCHORAGE
Corporation Information (907) 563-2161

July 12, 1993

15009 D
MINCHUMINA NAT
MARY A FLOOD
GENERAL DELIVERY
LAKE MINCHUMINA  AK 99623

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Pursuant to Alaska Statute 10.06.633(a), 60 day notice is hereby given that the above-named corporation has not filed its biennial report and/or paid the biennial corporate tax for the period ending December 31, 1992.

If the biennial report and/or tax are received postmarked later than midnight September 19, 1993, a Certificate of Involuntary Dissolution will be issued as authorized by AS 10.06.633(a)(1). The corporation will cease to exist as of September 20, 1993, except as provided by AS 10.06.678.

The corporation has an opportunity for a hearing on the involuntary dissolution. A request for a hearing must be in writing and be received within sixty days after the receipt of this notice. The written request for the hearing must specify the statutory grounds the appealing party believes to be a basis for stay of involuntary dissolution.

If you have any questions, require assistance or need additional information, please contact the Division of Banking, Securities, and Corporations at 907-465-2530.

Sincerely,

Michael P. Monagle
Michael P. Monagle
Records and Licensing Supervisor
Division of Banking, Securities, and
Corporations.

EXHIBIT 12

● **SENDER:** Complete items 1 and 2 when additional services are desired, and complete items 3 and 4.

Put your address in the "RETURN TO" Space on the reverse side. Failure to do this will prevent this card from being returned to you. The return receipt fee will provide you the name of the person delivered to and the date of delivery. For additional fees the following services are available. Consult postmaster for fees and check box(es) for additional service(s) requested.

1. ☐ Show to whom delivered, date, and addressee's address.    2. ☐ Restricted Delivery
        (Extra charge)                                 (Extra charge)

3. Article Addressed to:

15007 D
MINCHUMINA NATIVES INCORPORATED
GARY R FLOYD
GENERAL DELIVERY
LAKE MINCHUMINA   AK 99757

4. Article Number

Service:
tered    ☐    ☐ Insured
led      ☐    ☐ COD
sa Mail   ☐    ☐ Return Receipt
                          for Merchandise

5. Signature — Address
X _____

6. Signature — Agent
X _____

7. Date of Delivery
7-21-93

obtain signature of addressee
or agent and DATE DELIVERED.

8. Addressee's Address (ONLY if requested and fee paid).

PS Form 3811, Mar. 1988   ☆ U.S.G.P.O. 1988-212-865    DOMESTIC RETURN RECEIPT

EXHIBIT 12

## State of Alaska
## Department of Commerce and Economic Development
## Division of Banking, Securities and Corporations

```
15007 D
MINCHUMINA NATIVES INCORPORATED
MARY A FLOOD
GENERAL DELIVERY
LAKE MINCHUMINA   AK 99623
```

# CERTIFICATE
## OF
# INVOLUNTARY DISSOLUTION

The undersigned, as Director of the Division of Banking, Securities, and Corporations, Department of Commerce and Economic Development, State of Alaska, pursuant to Alaska Statute 10.06.633(a)(1), hereby dissolves the above named corporation.

The corporation is dissolved for failure to file a biennial report and/or pay the biennial tax for the period ending December 31, 1992.

The corporation will cease to exist as of the date of this Certificate of Involuntary Dissolution, except as provided by Alaska Statute 10.06.678.



IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on September 20, 1993.

Paul Fuhs

COMMISSIONER OF COMMERCE AND
ECONOMIC DEVELOPMENT

EXHIBIT 13

Issued By: Corporations Section, P.O. Box 110808, Juneau, Alaska 99811-0808, Telephone (907) 465-2530