STATE OF ALASKA

**X 1993**
**X BIENNIAL REPORT**
**X** for the period ending December 31, 1993, 1995, 1997, 1999, 2001, 2003

Alaska File Number: [redacted]

15009-D

Date Filed: 11/21/2005 12:33 PM
State of Alaska
Department of Commerce

| Name of Entity: | Mailing Address of Entity: |
|---|---|
| MINCHUMINA NATIVES, INC. | c/o Carol Lee Gho<br>3720 Hardluck Dr, Fairbanks AK 99709 |
| Name and Mailing Address of Registered Agent: | Physical Address of Agent if Mailing Address is a PO Box or Mail Stop |
| MARY A FLOOD<br>GENERAL DELIVERY<br>LAKE MINCHUMINA AK 99623 | |

Please note that this report may not be filed for record if the required information is not provided. All corporations must have a president, secretary, treasurer and at least one director. The secretary and the president cannot be the same person unless the president is 100% shareholder. The entity must also list any alien affiliates and those shareholders that hold 5% or more of the issued shares.

| Title | Name | Mailing Address | City, State Zip | If Director | % Shares Held | If Alien Affiliate |
|---|---|---|---|---|---|---|
| President | Robert Thompson | Box 35 | Kaktovik AK 99747 | x | | |
| Vice President | Sharon Thompson | 4100 Parks Ridge | Fairbanks AK 99709 | x | | |
| Secretary | Carol Lee Gho | 3720 Hardluck Dr | Fairbanks AK 99709 | x | | |
| Treasurer | Carol Lee Gho | 3720 Hardluck Dr | Fairbanks AK 99709 | x | | |
| Director | | | | | | |

If necessary, attach a list of additional officers, directors, shareholders, and alien affiliates on a separate 8 ½" X 11" sheet of paper.
**This report is public information.** Please do not list confidential information such as date of birth or Social Security Numbers.

Note: The registered agent information, name of the entity and the information in the boxes below cannot be changed using this form. You can request the necessary form to change the information by calling 907-465-2530 or visit our website at www.corporations.alaska.gov

| State of Domicile | ALASKA | | | | | |
|---|---|---|---|---|---|---|
| Total Number of Authorized Shares | 2,700 | Class: | COMMON | Series | VOTING | NO PAR VALUE |

| Description of Business Activities of the Corporation in Alaska | NATIVE CORPORATON |
|---|---|
| Primary SIC Code | 9999 |

Date: 15Nov05    Signature: [signed]    Title: Secretary/Treasurer

This report must be received with the applicable fees.

| Domestic Entity - $100 | Foreign Entity (State of Domicile not Alaska) - $200 |
|---|---|
| If postmarked after February 1, 2004 - 137.50 | If postmarked after February 1, 2004 - 247.50 |

**X TOTAL REINSTATMENT FEE DUE IS $962.50 X**

Mail the completed report and the applicable fees to: State of Alaska, Corporation
PO Box 110808
Juneau, AK 99811-0808

State of Alaska
Reinstatement Biennial Report - Corporat 1 Page(s)

Revised 11-2003 nih



T0532544070

EXHIBIT 14

STATE OF ALASKA
**2005**
**BIENNIAL REPORT**
for the period ending December 31, 2005

15009-D

Date Filed: 11/21/2005 08:00 AM
State of Alaska
Department of Commerce

**Name of Entity:**
MINCHUMINA NATIVES, INC.

**Mailing Address of Entity:**
c/o Carol Lee Gho
3720 Hardluck Dr, Fairbanks AK 99709

**Name and Mailing Address of Registered Agent:**
MARY A FLOOD
GENERAL DELIVERY
LAKE MINCHUMINA AK 99623

**Physical Address of Agent if Mailing Address is a PO Box or Mail Stop:**

Please note that this report may not be filed for record if the required information is not provided. All corporations must have a president, secretary, treasurer and at least one director. The secretary and the president cannot be the same person unless the president is 100% shareholder. The entity must also list any alien affiliates and those shareholders that hold 5% or more of the issued shares.

| Title | Name | Mailing Address | City, State Zip | If Director | % Shares Held | If Alien Affiliate |
|---|---|---|---|---|---|---|
| President | Robert Thompson | Box 35 | Kaktovik AK 99747 | X | | |
| Vice President | Sharon Thompson | 4100 Parks Ridge | Fairbanks AK 99707 | X | | |
| Secretary | Carol Lee Gho | 3720 Hardluck | Fairbanks AK 99709 | X | | |
| Treasurer | Carol Lee Gho | 3720 Hardluck | Fairbanks AK 99707 | X | | |
| Director | | | | | | |

If necessary, attach a list of additional officers, directors, shareholders, and alien affiliates on a separate 8 ½" X 11" sheet of paper.
This report is public information. Please do not list confidential information such as date of birth or Social Security Numbers.

Note: The registered agent information, name of the entity and the information in the boxes below cannot be changed using this form. You can request the necessary form to change the information by calling 907-465-2530 or visit our website at www.corporations.alaska.gov

| State of Domicile | ALASKA | | | | | |
|---|---|---|---|---|---|---|
| Total Number of Authorized Shares | 2,700 | Class: | COMMON | Series | VOTING | NO PAR VALUE |

| Description of Business Activities of the Corporation in Alaska | NATIVE CORPORATON |
|---|---|
| Primary SIC Code | 9999 |

14 Nov. 05
Date    Signature

Secretary/ Treasurer
Title

This report must be received with the applicable fees.

Domestic Entity - $100
If postmarked after February 1, 2004 - 137.50

Foreign Entity (State of Domicile not Alaska) - $200
If post marked after February 1, 2004 - 247.50

X TOTAL FEE DUE IS $137.50

Mail the completed report and the applicable fees to: State of Alaska, Corporation Section
PO Box 110808
Juneau, AK 99811-0808

Revised 11-2003 alh

**EXHIBIT 15**

State of Alaska
Domestic Biennial Report 1 Page(s)



Case 4:04-cv-00027-JWS   Document 47-5   Filed 03/01/2007   Page 3 of 7



Date Filed: 11/21/2005 08:00 AM
State of Alaska
Department of Commerce



**Department of Commerce, Community, and Economic Development**
**Corporations, Business and Professional Licensing**
**CORPORATIONS SECTION**
**PO Box 110808**
**Juneau AK 99811-0808**

State of Alaska
Filing Changes 2 Page(s)

T0532544069

# ARTICLES OF AMENDMENT
Domestic Business, Professional Corporation or Non Profit Corporation

Pursuant to the provisions of Alaska Statutes, the undersigned corporation adopts the following Amended Articles of Incorporation:

**1. Name the Corporation** (as it is currently stated on the Certificate of Incorporation):

Minchumina Natives, Inc.

**Alaska Entity #:** 15009-D

**2. Amended Name of Corporation** (if changing the name of the corporation):

Lake Minchumina Natives, Inc.

**3. Business/Professional Corporations Only**

If shares were issued:

| | | If the class of shares are entitled to vote as a class: | |
|---|---|---|---|
| Date Amendment Adopted By the Board of Directors and Shareholders: | | Number of Shares in Class: | |
| Number of Outstanding Shares: | | Class Series: | |
| Number of Shares Entitled to Vote: | | Number of Votes For Amendment: | |
| Number of Shares Voting For Amendment: | | Number of Votes Against Amendment: | |
| Number of Shares Voting Against Amendment: | | | |

If no shares were issued:

| | |
|---|---|
| Date the amendment to the articles of Incorporation was adopted by resolution of the Board of Directors: | October 4, 2005 |

**4. Non-Profit Corporation Only**

| Date Amendment Adopted: | |
|---|---|

Check one of the boxes below:

If adopted by the members of the corporation:

☐ There are members entitled to vote on the amendment; a quorum was present at the meeting and the amendment received at least two-thirds of the votes which members present at the meetings or represented by proxy were entitled to cast.
☐ The amendment was adopted by consent in writing signed by all members entitled to vote with respect to the amendment.

If adopted by the Board of Directors:

☐ There are no members and the amendment received the vote of a majority of the directors in office.
☐ There are no members entitled to vote and the amendment received the vote of a majority of the directors in office.

08-440 revised 9/05 alh                    -1-                    EXHIBIT 16

A corporation may not amend its articles of incorporation to change the names and addresses of the first directors, incorporators or the initial registered agent of the entity.

Each amended article must be written in its entirety.

5. Amendments to the Articles of Incorporation are as follows:

> The only amendment is to the name of the corporation,
>
> as described in Section 2, above.

Attach an additional 8½" x 11" page for continuation of previous article and/or additional articles. Please indicate which article you are continuing.

The Amended Articles of Incorporation must be signed by the president or vice president and by its secretary or an assistant secretary of the entity.

| Signature of President or Vice President | Printed Name of President or Vice President | Date |
|---|---|---|
| [signature] | Sharon Thompson, Vice President | 11-17-05 |
| Signature of Secretary or an Assistant Secretary | Printed Name of Secretary or Assistant Secretary | Date |
| [signature] | Carol Lee Gho, Secretary | 14 Nov. 05 |

If you have specific legal questions or concerns about this filing, you are strongly advised to consult an attorney or other professional to assist you. Mail the Amended Articles of Incorporation and the $25.00 filing fee to:

State of Alaska
Corporations Section
PO Box 110808
Juneau AK 99801

For additional information or forms please visit our web site at: www.corporations.alaska.gov

08-440 revised 9/05 alh

- 2 -

EXHIBIT 16

Alaska Entity #: 15009D

# State of Alaska
## Department of Commerce, Community, and Economic Development
## Division of Banking, Securities and Corporations

# CERTIFICATE OF AMENDMENT
## Name Change

THE UNDERSIGNED, as Commissioner of Commerce, Community, and Economic Development of the State of Alaska, hereby certifies that Articles of Amendment have been duly signed and verified pursuant to the provisions of Alaska Statutes, have been received in this office and have been found to conform to law.

ACCORDINGLY, the undersigned, as Commissioner of Community and Economic Development, and by virtue of the authority vested in me by law, hereby issues this Certificate of Amendment to

**Lake Minchumina Natives, Inc.**
Formerly,
**Minchumina Natives, Inc.**

and attaches hereto the original copy of the Articles of Amendment.



IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on November 21, 2005

William C. Noll
Commissioner

EXHIBIT 17

Alaska Entity #: **15009D**

## State of Alaska
## Department of Commerce, Community, and Economic Development
### Corporations, Business and Professional Licensing

# CERTIFICATE
# OF
# REINSTATEMENT
### Business Corporation

The undersigned, as Commissioner of Commerce, Community, and Economic Development of the State of Alaska, and custodian of corporation records for said state, hereby certifies that

**Lake Minchumina Natives, Inc.**

a Business Corporation organized under the laws of the State of Alaska, which was involuntarily dissolved for failure to file its biennial report and/or pay its biennial fees/tax, has filed all reports and paid all taxes/fees and penalties due at this time.

I FURTHER CERTIFY that said corporation is hereby reinstated on the records of this state.



IN TESTIMONY WHEREOF, I execute this certificate and affix the Great Seal of the State of Alaska on November 21, 2005.



William C. Noll
Commissioner

EXHIBIT 18



Department of Commerce, Community, and Economic Developm
Corporations, Business, and Professional Licensing
Corporations Section
PO Box 110808
Juneau AK 99811-0808



Date Filed: 11/21/2005 08:00 AM
State of Alaska
Department of Commerce

# STATEMENT OF CHANGE
## Registered Agent or Registered Agent Address

Pursuant to Alaska Statutes the undersigned entity submits the following statement for the purpose of changing its registered agent or the registered agent address in the State of Alaska.

**1. Name of Entity:** Minchumina Natives, Inc.    **Alaska Entity #:** 15009-D

The registered agent must be an individual resident of Alaska or a corporation in good standing authorized to transact business in Alaska. A corporation my not act as its own agent. **The registered agent address must be in Alaska.**

**2. Prior Registered Agent Information:**

| Name: | Mary A. Flood | | | |
|---|---|---|---|---|
| Mailing Address: | General Delivery | City: Lake Minchumina | State: AK | Zip Code: 99623 |
| Physical Address if Mailing Address is a Post Office Box: | | | | |

**3. New Registered Agent Information:**

| Name: | Carol Lee Gho, Secretary/Treasurer | | | |
|---|---|---|---|---|
| Mailing Address: | 3720 Hardluck Dr | City: Fairbanks | State: AK | Zip Code: 99709 |
| Physical Address if Mailing Address is a Post Office Box: | | | | |

☐ Check this box if this is also the principal office address for the entity shown above.

**4. Authorization:**

| Date this change was authorized: | |
|---|---|
| This change was authorized by (check appropriate box) | ☐ Resolution of the board of directors (Corporation)<br>☐ A member (Limited Liability Company)<br>☐ General Partner (Limited Partnership or Limited Liability Partnership) |

The president or vice president of the corporation, a member of a limited liability company, or a general partner of a limited partnership or limited liability partnership must sign this statement.

| Signature of Authorized Person | Title | Date |
|---|---|---|
| [signature] | Vice President | 11-17-05 |

If you have specific legal questions or concerns about this filing, you are strongly advised to consult an attorney or other professional to assist you. Mail the completed filing and the $25.00 fee (in U.S. dollars) to:

State of Alaska
Corporations Section
PO Box 110808
Juneau, AK 99811

**EXHIBIT 19**

For additional information or forms please visit our web site at: www.corporations.alaska.gov

State of Alaska
Filing Changes 3 Page(s)

08-615 (Rev. 8/05) alh



T0532544072