Online Public Notices                                    Department of Commerce

# Alaska Corporations, Busine and Professional Licensing

Search
- By Entity Name
- By AK Entity #
- By Officer Name
- By Registered Agent Verify
- Verify Certification Biennial Report
- File Online LLC
- File Online Business Corporation
- File Online Online Orders
- Register for Online Orders
- Order Good Standing Name Registration
- Register a Business Name Online

**Date:** 2/19/2007

## Filed Documents
(Click above to view filed documents that are available.)

Print Blank Biennial Report
**(To view the report, you must have Acrobat Reade**

### Entity Name History

| Name | Name Type |
|---|---|
| Minchumina Natives, Inc. | Legal |

### Nonprofit Corporation Information

| | |
|---|---|
| **AK Entity #:** | 91983 |
| **Status:** | Active - Good Standir |
| **Entity Effective Date:** | 01/27/2005 |
| **Primary NAICS Code:** | 9999: Alaska Native \ Corporations |
| **Home State:** | AK |
| **Principal Office Address:** | N/A |
| **Expiration Date:** | Perpetual |
| **Last Biennial Report Filed Date:** | |
| **Last Biennial Report Filed:** | 0 |

### Registered Agent

| | |
|---|---|
| **Agent Name:** | Thompson, Robert J |
| **Office Address:** | PO Box 35 |

EXHIBIT 2

|  |  |
|---|---|
|  | Kaktovik AK 99747 |
| **Mailing Address:** | |
| **Principal Office Address:** | No Address |
| Officers, Directors, 5% or more Shareholders, M or Managers | |
| **Name:** | **Robert J Thompson** |
| **Address:** | PO Box 35<br>Kaktovik AK 99747 |
| **Title:** | Director |
| **Owner Pct:** | 0 |
| **Name:** | **Carol Lee Gho** |
| **Address:** | 3720 Hardluck Dr<br>Fairbanks AK 99709 |
| **Title:** | Director |
| **Owner Pct:** | 0 |
| **Name:** | **Sharon Thompson** |
| **Address:** | 4100 Parks Ridge Rd<br>Fairbanks AK 99709 |
| **Title:** | Director |
| **Owner Pct:** | |

Officers & Directors

Webmaster   Contact the Division

EXHIBIT 20

Online Public Notices **Department of Commerce**

# Alaska Corporations, Business and Professional Licensing

Search
- By Entity Name
- By AK Entity #
- By Officer Name
- By Registered Agent Verify
- Verify Certification Biennial Report
- File Online LLC
- File Online Business Corporation
- File Online Online Orders
- Register for Online Orders
- Order Good Standing Name Registration
- Register a Business Name Online

Webmaster   Contact the Division

If the Creation Filing is not available to be viewed, the entire file may be incompl it has not been imaged. Therefore, there may be other types of filings associate entity.

Date: 2/24/2007

**Current Name:** Minchumina Natives, Inc.

| Image | Date | Document |
|---|---|---|
| 📄 N | 1/27/2005 | Creation Filing |

▼ *View the images on-line!! Netscape users, use the* N *button.*

EXHIBIT 2  1

AK Entity #: 91983
Date Filed: 01/27/2005 08:00 AM
State of Alaska
Department of Commerce

Articles of Incorporation of
MINCHUMINA NATIVES, INC.
A Non-Profit Corporation

The undersigned natural persons of the age of 18 years or more, acting as incorporators of a corporation under Alaska Statutes 10.20, hereby execute the following document and set forth:

### Article 1: Name of Corporation

The name of this corporation is Minchumina Natives, Inc.

### Article 2: Duration

The duration of Minchumina Natives, Inc., is perpetual.

### Article 3: Purpose

The purpose of Minchumina Natives, Inc., is t o preserve the rights and heritage of the Alaska Native people in the Lake Minchumina region, and for any lawful purpose under the Alaska Nonprofit Corporation Act.

### Article 4: Provisions

Provisions for the regulation of the internal affairs of Minchumina Natives, Inc., including provision for the distribution of assets on dissolution or final liquidation, are:

1. Membership. Membership in this corporation is limited to Alaska Natives who are eligible to be considered part of the Native group of the Lake Minchumina area under the Alaska Native Claims Settlement Act of 1971, and the descendants of these persons. The corporation, through its by-laws, will decide who is eligible for membership, and this decision might be different from the decision of government agencies.

2. Officers. The officers of this corporation are the President, the Secretary, and the Treasurer.

State of Alaska
Domestic Corporation Formation 4 Page(s)

EXHIBIT 22



T0503140151

3. Directors. The members of this corporation may each cast one vote for each of the three directors.

4. By-laws. The board of directors will adopt and amend the by-laws for the corporation.

5. Amendments. These articles of incorporation may be amended in the manner prescribed by law.

6. Historic succession. This corporation is the re-incorporation of Minchumina Natives, Inc., that has pursued land claims as a Native group under the Alaska Native Claims Settlement Act.

7. Dissolution. If Minchumina Natives, Inc., dissolves, the net assets of the corporation (a) may be distributed in equal shares to the members, (b) may be distributed to a successor organization that has substantially the same purposes and promotes the same interests of substantially the same group of people, or (c) may be distributed to a regional corporation formed under the Alaska Native Claims Settlement Act.

### Article 5: Registered Agent

The registered agent of Minchumina Natives, Inc., is

>Robert J. Thompson
>P.O. Box 35
>Kaktovik AK  99747

### Article 6: Number and Names of Incorporators

1. Minchumina Natives, Inc., will have 3 directors as its initial board of directors.

2. The names and mailing addresses of the persons who are to serve as the initial directors:

>Robert J. Thompson
>P.O. Box 35
>Kaktovik AK  99747

*Minchumina Natives, Inc.*
*Articles of Incorporation*
*- 2 -*

EXHIBIT 2 2

Sharon Thompson
4100 Parks Ridge Rd
Fairbanks AK  99709

Carol Lee Gho
3720 Hardluck Dr
Fairbanks AK  99709

### Article 7: Incorporators

The following persons are at least 19 years of age and they act as incorporators of Minchumina Natives, Inc.

Signature: _____*Robert J. Thompson*_____   12-3-04
Robert J. Thompson                                Date
P.O. Box 35
Kaktovik AK  99747

Signature: _____*Sharon Thompson*_____   12-21-04
Sharon Thompson                                   Date
4100 Parks Ridge Rd
Fairbanks AK  99709

Signature: _____*Carol Lee Gho*_____   12-8-04
Carol Lee Gho                                     Date
3720 Hardluck Dr
Fairbanks AK  99709

*Minchumina Natives, Inc.*
*Articles of Incorporation*
- 3 -

EXHIBIT 22

# DISCLOSURE OF CORPORATE PURPOSE
# USING THE
# NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM
# (NAICS)

A separate Disclosure of Corporate Purpose must be attached to the Articles of Incorporation which most closely describes the activities of the corporation. The NAICS Code must not conflict with the purpose listed in the Articles of Incorporation.

The 4-digit NAICS industry grouping code which most clearly describe the initial activities of the corporation is:

> 9999

3

EXHIBIT 22

08-400 (Rev. 5/04 alh)