BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
(907) 271-5452
FAX (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| MINCHUMINA NATIVES INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  4:04-cv-0027-CV (JWS) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER

Defendant moves for a modification of the Order from Chambers filed December 19, 2006 (Docket # 43).  Under that order the parties were to file simultaneous brief on the capacity issues in this case on February 28, 2007, and simultaneous responsive briefs on March 21.  The parties filed their opening briefs as scheduled.  By this motion, defendants seek to extend the due date for responsive briefs (by both parties) to and including March 30, 2007.  This modification is necessary because counsel for defendant was occupied with urgent briefing on a preliminary injunction motion until March 15, 2007.  On March 16th, counsel for defendant discovered that the lead agency attorney assigned to this case as well as his back-up attorney are out of the office until March 30th.  The modification is designed to permit agency counsel to review the brief, and to modify the brief, if necessary, based upon the input from agency counsel.

Counsel for plaintiff has authorized the undersigned to represent that plaintiff does not oppose this motion.

RESPECTFULLY SUBMITTED this 21st day of March, 2007, at Anchorage, Alaska.

> S/ Bruce M. Landon
> BRUCE M. LANDON
> Department of Justice
> Environment & Natural Resources Division
> 801 B Street, Suite 504
> Anchorage, Alaska  99501-3657
> Telephone: (907) 271-5452
> Facsimile: (907) 271-5827
> Email: bruce.landon@usdoj.gov
>
> Attorney for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st of March, 2007 a copy of the foregoing Unopposed Motion for Modification of Scheduling Order and Proposed Order were served electronically to the following counsel of record:

Mark Andrews

s/ Bruce M. Landon
Bruce M. Landon