BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MINCHUMINA NATIVES INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> THE INTERIOR, ) <br> ) <br> Defendant. ) <br> ) | Case No. 4:04-cv-0027-CV (JWS) |

(PROPOSED) ORDER

Defendant's Unopposed Motion for Modification of Scheduling Order (Docket # ) is hereby GRANTED. The parties shall have until March 30, 2007, in which to file their responsive briefs on the capacity issues.

Dated: _____
JOHN W. SEDWICK
United States District Judge

Stratman v. Leisnoi,
3:02-cv-290 (JKS)