UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 0 6 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
7/10/06
cc-Clients

| | |
|---|---|
| MINCHUMINA NATIVES, INC., | No. 05-35708 |
| Plaintiff - Appellant, | D.C. No. CV-04-00027-JWS |
| CAROL LEE GHO, director of Minchumina Natives Inc., | District of Alaska, Anchorage |
| Appellant, | ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | |
| Defendant - Appellee. | |

Appellant's Motion to Supplement the Appellate Record and Motion to Change Name of Appellant for purposes of this litigation, filed on January 9, 2006 and January 10, 2006, respectively, were construed by the Court as motions for judicial notice in an Order issued on January 25, 2006. The Court takes judicial notice of the Certificate of Corporate Reinstatement and the Certificate of Amendment: Name Change. We do not, at this time, grant Appellant's motion to change its name on the record or otherwise decide any legal effect of the documents we have noticed.

The Department of the Interior is directed to file a supplemental brief by Tuesday, July 18, 2006, responding to the merits of the questions presented by Minchumina Natives, Inc. ("MNI") in its briefs – whether the reinstatement of MNI's corporate status is retroactively applicable and whether, as a result, the district court's determination that MNI lacks the corporate capacity to sue should therefore be reversed. Both parties are directed to include in their oral argument a discussion of these questions.

FOR THE COURT

CATHY A. CATTERSON
CLERK OF THE COURT

By: _____
Jennifer Flowers
Deputy Clerk