TABLE OF EXHIBITS
Response Brief of Defendant on Capacity Issues
*Minchumina Natives, Inc. v. U.S. Dept. of the Interior,* 4:04-cv-027 (JWS)

11.[1]    Alaska Native Claims Settlement Act (ANCSA), Pub. L. 92-203 (85 Stat. 688) December 18, 1971, codified at 43 U.S.C. § 1601 *et seq.*

12.    Amendment to ANCSA, Pub. L. 94-204 (January 2, 1976).

13.    *Ahtna, Inc.,* 87 IBLA 283 (1985).

14.    *Chugach Natives, Inc., The Grouse Creek Corp.*, 80 IBLA 89 (1984).

15.    Alaska Native Claims Settlement Act (ANILCA) §§ 904 and 1413, Pub. L. 96-487 (94 Stat. 2371) December 2, 1980.

---

[1] Def. Exh. 1-10 were attached to Brief of Defendant on Capacity Issues, Docket # 46.