PUBLIC LAW 96-487—DEC. 2, 1980          94 STAT. 2371

Public Law 96-487
96th Congress

## An Act

To provide for the designation and conservation of certain public lands in the State of Alaska, including the designation of units of the National Park, National Wildlife Refuge, National Forest, National Wild and Scenic Rivers, and National Wilderness Preservation Systems, and for other purposes.

Dec. 2, 1980
[H.R. 39]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

SECTION 1. This Act may be cited as the "Alaska National Interest Lands Conservation Act".

Alaska National Interest Lands Conservation Act.
16 USC 3101 note.

### TABLE OF CONTENTS

#### TITLE I—PURPOSES, DEFINITIONS, AND MAPS

Sec. 101. Purposes.
Sec. 102. Definitions.
Sec. 103. Maps.

#### TITLE II—NATIONAL PARK SYSTEM

Sec. 201. Establishment of new areas.
Sec. 202. Additions to existing areas.
Sec. 203. General administration.
Sec. 204. Native selections.
Sec. 205. Commercial fishing.
Sec. 206. Withdrawal from mining.

#### TITLE III—NATIONAL WILDLIFE REFUGE SYSTEM

Sec. 301. Definitions.
Sec. 302. Establishment of new refuges.
Sec. 303. Additions to existing refuges.
Sec. 304. Administration of refuges.
Sec. 305. Prior authorities.
Sec. 306. Special study.

#### TITLE IV—NATIONAL CONSERVATION AREA AND NATIONAL RECREATION AREA

Sec. 401. Establishment of Steese National Conservation Area.
Sec. 402. Administrative provisions.
Sec. 403. Establishment of White Mountains National Recreation Area.
Sec. 404. Rights of holders of unperfected mining claims.

#### TITLE V—NATIONAL FOREST SYSTEM

Sec. 501. Additions to existing national forests.
Sec. 502. Mining and mineral leasing on certain national forest lands.
Sec. 503. Misty Fjords and Admiralty Island National Monuments.
Sec. 504. Unperfected mining claims in Misty Fjords and Admiralty Island National Monuments.
Sec. 505. Fisheries on national forest lands in Alaska.
Sec. 506. Admiralty Island land exchanges.
Sec. 507. Cooperative fisheries planning.

79-139 O - 80 - 2221

EXHIBIT 15
Page 1 of 3

| | |
|---|---|
| 43 USC 1613. | filed but which did not result in the issuance of a lease on or before December 18, 1971, on lands selected by, and conveyed before, on, or after the date of enactment of this Act to, Native Corporations or to individual Natives under paragraph (5) or (6) of section 14(h) as part of the entitlement to receive land under the Alaska Native Claims Settlement Act shall not constitute valid existing rights under section 14(g) of such Act or under this Act. |
| 43 USC 1604, note, 1605 note, 1611 note, 1613 and note, 1615, 1616, 1618 note, 1620, 1621, 1625 and note, 1626, 1627, 1628. 43 USC 1621. | (d) LIMITATION.—This Act is not intended to modify, repeal, or otherwise affect any provision of the Act of January 2, 1976 (89 Stat. 1145), as amended or supplemented by Public Laws 94-456 and 95-178, and shall not be construed as imposing any additional restriction on the use or management of those lands described in section 22(k) of the Alaska Native Claims Settlement Act. |

TAX MORATORIUM EXTENSION

SEC. 904. Subsection (d) of section 21 of the Alaska Native Claims Settlement Act, as amended (43 U.S.C. 1601, 1620(d)), is amended to read:

| | |
|---|---|
| 43 USC 1613.<br><br>Ante, p. 2371. | "(d)(1) Real property interests conveyed, pursuant to this Act, to a Native individual, Native Group, Village or Regional Corporation or corporation established pursuant to section 14(h)(3) which are not developed or leased to third parties or which are used solely for the purposes of exploration shall be exempt from State and local real property taxes for a period of twenty years from the vesting of title pursuant to the Alaska National Interest Lands Conservation Act or the date of issuance of an interim conveyance or patent, whichever is earlier, for those interests to such individual, group, or corporation: *Provided*, That municipal taxes, local real property taxes, or local assessments may be imposed upon any portion of such interest within the jurisdiction of any governmental unit under the laws of the State which is leased or developed for purposes other than exploration for so long as such portion is leased or being developed: *Provided further*, That easements, rights-of-way, leaseholds, and similar interests in such real property may be taxed in accordance with State or local law. All rents, royalties, profits, and other revenues or proceeds derived from such property interests shall be taxable to the same extent as such revenues or proceeds are taxable when received by a non-Native individual or corporation. |

"(2) Any real property interest, not developed or leased to third parties, acquired by a Native individual, Native Group, Village or Regional Corporation, or corporation established pursuant to section 14(h)(3) in exchange for real property interests which are exempt from taxation pursuant to paragraph (1) of this subsection shall be deemed to be a property interest conveyed pursuant to this Act and shall be exempt from taxation as if conveyed pursuant to this Act, when such an exchange is made with the Federal Government, the State government, a municipal government, or another Native Corporation, or, if neither party to the exchange receives a cash value greater than 25 per centum of the value of the land exchanged, a private party. In the event that a Native Corporation simultaneously exchanges two or more tracts of land having different periods of tax exemption pursuant to subsection (d), the periods of tax exemption for the exchanged lands received by such Native Corporation shall be determined (A) by calculating the percentage that the acreage of each tract given up bears to the total acreage given up, and (B) by applying such percentages and the related periods of tax exemption to the acreage received in exchange.".

EXHIBIT 15
Page 2 of 3

| | |
|---|---|
| 43 USC 1611 note. | "(4) Such proceeds which have been deposited in the escrow account pertaining to lands withdrawn but not selected pursuant to such Act, or selected but not conveyed due to rejection or relinquishment of the selection, shall be paid, together with interest accrued, as would have been required by law were it not for the provisions of this Act. |
| | "(5) Lands withdrawn under this subsection include all Federal lands identified under appendices A, B-1 and B-2 of the document referred to in section 12 of the Act of January 2, 1976 (Public Law 94-204) for Cook Inlet Region, Incorporated, and are deemed withdrawn as of the date established in subsection (a) of section 2 of the Act of January 2, 1976.". |
| 43 USC 1613 note. | (b) Section 2 of Public Law 94-204 (89 Stat. 1146) is amended by adding a new subsection to read as follows: |
| | "(e) There is authorized to be appropriated such sums as are necessary to carry out the purposes of this section.". |

### LIMITATIONS

| | |
|---|---|
| 43 USC 1639. 43 USC 1601 note. | SEC. 1412. Except as specifically provided in this Act, (i) the provisions of the Alaska Native Claims Settlement Act are fully applicable to this Act, and (ii) nothing in this Act shall be construed to alter or amend any of such provisions. |

### PART B—OTHER RELATED PROVISIONS

### SUPPLEMENTAL APPROPRIATION FOR NATIVE GROUPS

| | |
|---|---|
| Grants. 43 USC 1618 note. 43 USC 1613. | SEC. 1413. The Secretary shall pay by grant to each of the Native Group Corporations established pursuant to section 14(h)(2) of the Alaska Native Claims Settlement Act and finally certified as a Native Group, an amount not more than $100,000 or less than $50,000 adjusted according to population of each Group. Funds authorized under this section may be used only for planning, development, and other purposes for which the Native Group Corporations are organized under the Settlement Act. |

### FISCAL YEAR ADJUSTMENT ACT

| | |
|---|---|
| Funds, disposition. 43 USC 1605 note. | SEC. 1414. (a) Moneys appropriated for deposit in the Alaska Native Fund for the fiscal year following the enactment of this Act, shall, for the purposes of section 5 of Public Law 94-204 only, be deposited into the Alaska Native Fund on the first day of the fiscal year for which the moneys are appropriated, and shall be distributed at the end of the first quarter of the fiscal year in accordance with section 6(c) of the Alaska Native Claims Settlement Act notwithstanding any other provision of law. |
| 43 USC 1605. | |
| | (b) For the fiscal year in which this Act is enacted, the money appropriated shall be deposited within 10 days of enactment, unless it has already been deposited in accordance with existing law, and shall be distributed no later than the end of the quarter following the quarter in which the money is deposited: *Provided,* That if the money is already deposited at the time of enactment of this Act, it must be distributed at the end of the quarter in which this Act is enacted. |
| 43 USC 1605. | (c) Notwithstanding section 38 of the Fiscal Year Adjustment Act or any other provisions of law, interest earned from the investment of appropriations made pursuant to the Act of July 31, 1976 (Public Law 94-373; 90 Stat. 1051), and deposited in the Alaska Native Fund on or |

EXHIBIT 15
Page 3 of 3