Mark Andrews
General Counsel
Tanana Chiefs Conference
122 First Avenue  Ste 600
Fairbanks AK  99701
Phone: (907) 452-8251, extension 3177
Fax: (907) 459-3953
E-mail: mark.andrews@tananachiefs.org
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MINCHUMINA NATIVES INC.

        Plaintiff,

v.                                  Case No.  4:04-cv-00027-CV (JWS)

UNITED STATES DEPARTMENT
OF THE INTERIOR,

        Defendant
_____/

## MOTION OF MINCHUMINA NATIVES, INC. TO ALTER OR AMEND JUDGMENT

Plaintiff Minchumina Natives, Inc., files this motion to alter or amend the Order and Opinion (Document 57).  F.R.C.P. 59(e).

Respectfully submitted this 18th day of July, 2007.

                                                      /s/ Mark Andrews
                                                      Tanana Chiefs Conference

Certificate of Service
I certify that this 18th day of July, 2007, a copy of the foregoing motion and memorandum was served by ECF transfer to Bruce Landon, Esq.  /s/ Mark Andrews