```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
```

MINCHUMINA NATIVES, INC.,
    Plaintiff,

                               Case Number 4:04-cv-00027-JWS

v.

U.S. DEPARTMENT OF THE INTERIOR,
    Defendant.                 **JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT plaintiff lacks capacity to prosecute this action.

APPROVED:

/s/ JOHN W. SEDWICK
United States District Judge

Date: July 30, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Ida Romack
Ida Romack, Clerk of Court

[404cv27JWS-judgment.wpd]{JMT2.WPT*Rev.3/03}