Mark Andrews, Esq.
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
Telephone (907) 452-8251, ext 3177
Fax (907) 456-8064
e-mail: mark.andrews@tananachiefs.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Minchumina Native, Inc.,

        Plaintiff,

vs.

United States Department of the Interior,

        Defendant
_____/    Case No. 4:04-cv-00027 (JWS)

Notice of Appeal

    Minchumina Natives, Inc., hereby gives notice that it appeals to the United States Court of Appeals for the Ninth Circuit from the Order and Opinion (Docket 57) and the Order on reconsideration (Docket 60).  The Judgment in a Civil Case was entered July 30, 2007 (Docket 61).

Mark Andrews                                       Dated: September 20, 2007.
Acting General Counsel
Tanana Chiefs Conference
122 First Avenue  Suite 600
Fairbanks, Alaska  99701
(907) 452-8251

Certificate of Service.  I certify that this 20th day of September, 2007, a copy of this Notice of Appeal was served by ECF on Bruce Landon, Esq..            /s/ Mark Andrews