A-11 (rev. 5/00)

Page 1 of 2
USCA DOCKET # (IF KNOWN)



# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: Interior Minchumina Natives, Inc. v. United States Department of the Interior | DISTRICT: Alaska | | JUDGE: John W. Sedwick |
|---|---|---|---|
| | DISTRICT COURT NUMBER: 4:04-cv-00027 (JWS) | | |
| | DATE NOTICE OF APPEAL FILED: Sept 19, 2007 | IS THIS A CROSS-APPEAL? NO | |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): Two previous appeals. *Minchumina Natives, Inc. v. U.S. Department of the Interior*, Case Nos. 05-35708, 93-35841. | | |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**
Plaintiff Minchumina Natives, Inc., sought a decision that, after an involuntary dissolution, the corporation was validly reinstated by the State of Alaska. The Court of Appeals had remanded the case for purpose of this review (Case No. 05-35708). On remand, the District Court held against the plaintiff corporation, and then denied reconsideration.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:** Whether the District Court erred when it failed to find that the State of Alaska had properly reinstated the plaintiff corporation.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):** None

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**
\_\_Possibility of settlement
\_ Likelihood that intervening precedent will control outcome of appeal
\_ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify).
\_ Any other information relevant to the inclusion of this case in the Mediation Program
\_ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

| LOWER COURT INFORMATION | | | Page 2 of 2 |
|---|---|---|---|
| JURISDICTION | | DISTRICT COURT DISPOSITION | |
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ ORDER APPEALED | RELIEF |
| YES Federal Question<br>\_ Diversity<br>\_ Other (Specify): | YES Final Decision of District Court<br>\_ Interlocutory Decision Appealable As of Right<br>\_ Interlocutory Order Certified by District Judge (Specify):<br>\_ Other (Specify): | \_ Default Judgment<br>YES Dismissal/ jurisdiction<br>\_ Dismissal/merits<br>\_ Summary Judgment<br>\_ Judgment/court Decision<br>\_ Judgment/jury Verdict<br>\_ Declaratory Judgment<br>\_Judgment as a Matter of Law<br>\_ Other (Specify): | \_ Damages:<br>Sought $<br>Awarded $<br>Injunctions:<br>\_ Preliminary<br>\_ Permanent<br>\_ Granted<br>YES Denied<br><br>\_ Attorney Fees:<br>Sought $<br>Awarded $<br>\_ Pending<br>\_ Costs: $ |
| **CERTIFICATION OF COUNSEL** | | | |

**I CERTIFY THAT:**
1. Copies of Order/Judgment Appealed From Are Attached.
2. A Current Service List or Representation Statement With Telephone and Fax Numbers Are Attached (See 9th Cir. Rule 3-2).
3. A Copy of This Civil Appeals Docketing Statement Was Served in Compliance with FRAP 25.

# Representation Statement
## Circuit Rule 3-2(b)

Counsel for the Appellant:
    Mark Andrews, Esq.
    Tanana Chiefs Conference
    122 First Avenue   Suite 600
    Fairbanks AK  99701
    (907) 452-8251, ext 3178

Counsel for the Appellee:
    Bruce Landon, Esq.
    Environment & Natural Resources Division
    U.S. Department of Justice
    801 B Street   Suite 504
    Anchorage AK  99501-3657
    (907) 271-5452

| |
|---|
| 4. I Understand That Failure to Comply With These Filing Requirements May Result in Sanctions, Including Dismissal of This Appeal. |

| Signature | Date |
|---|---|
| *Mark Andrews* | Sept 20, 2007 |

**COUNSEL WHO COMPLETED THIS FORM**

| |
|---|
| NAME: Mark Andrews |
| FIRM: Legal Department, Tanana Chiefs Conference |
| ADDRESS: 122 First Avenue  Suite 600 |
| E-MAIL: mark.andrews@tananachiefs.org |
| TELEPHONE: (907) 452-8251, extension 3178 (Legal Department main desk) |
| FAX: (907) 459-3953 |
| **x This Document Should Be Filed in The District Court With The Notice of Appeal**<br>**x**<br>**x If Filed Late, it Should Be Filed Directly With the U.S. Court of Appeals x** |