**From:** cmecfmail@akd.uscourts.gov
**Sent:** Monday, July 30, 2007 8:20
**To:** cmecfmail@akd.uscourts.gov
**Subject:** Activity in Case 4:04-cv-00027-JWS Minchumina Natives Inc. v. U.S. Department of the Interior Order on Motion to Alter Judgment

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

### District of Alaska

## Notice of Electronic Filing

The following transaction was entered on 7/30/2007 at 8:19 AM ADT and filed on 7/30/2007
**Case Name:**        Minchumina Natives Inc. v. U.S. Department of the Interior
**Case Number:**      [4:04-cv-27](#)
**Filer:**
**Document Number:** 60(No document attached)

**Docket Text:**
JWS ORDER: The motion at docket 58 is deemed to be a motion for reconsideration. The court has reviewed the motion and is not persuaded that the order at docket 57 should be altered. The motion at docket 58 is DENIED. (RMC, COURT STAFF)


**4:04-cv-27 Notice has been electronically mailed to:**

Mark Andrews     mark.andrews@tananachiefs.org, jwebb@tananachiefs.org, ronda.benishshepard@tananachiefs.org, wilmina.stevens@tananachiefs.org

Bruce M. Landon     bruce.landon@usdoj.gov, dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

**4:04-cv-27 Notice has been delivered by other means to:**