Mark Andrews
General Counsel
Tanana Chiefs Conference
122 First Avenue   Ste 600
Fairbanks AK   99701
Phone (907) 452-8251, ext 3177
Fax    (907) 459-3953
mark.andrews@tananachiefs.org


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Minchumina Natives, Inc.

        Plaintiff,

Vs.

United States Department of the Interior

        Defendant
_____/

Case No. 4:04-cv-00027 (JWS)


CERTIFICATE REGARDING TRANSCIPT

Appellant Minchumina Natives, Inc., states that it will order no transcript in this appeal.  F.R.A.P. 10(b)(1).

Mark Andrews
General Counsel
Tanana Chiefs Conference


Certificate of Service.
I certify that this 1st day of October, 2007, a copy of this Certificate Regarding Transcript was sent by ECF to Bruce Landon, Esq.
        /s/ Ronda Benish Shepard