UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

07-35811

**RECEIVED**
OCT 05 2007
**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

**CASE INFORMATION:**
Short Case Title: MINCHUMINA NATIVES INC. v. US DEPARTMENT OF THE INTERIOR
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: JOHN W. SEDWICK - 4:04-cv-00027-JWS
Date Complaint Filed: 10-06-04
Date Judgment *entered*: 07-30-07
Date NOA *filed*: 09-20-07
COA Status (check one):
__granted in full (attach order)      __denied in full (send record)
__granted in part (send record)       __pending

Court Reporter(s) Name and Phone Number: None
Magistrate Judge's Order?  If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: __          Date Docket Fee billed: __
Date FP granted: __               Date FP denied: __
Is FP pending? _no_               Was FP Limited/Revoked?
US Government Appeal?  no
Companion Cases?  Please list: __

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:
**MARK ANDREWS**                      **BRUCE M. LANDON**
Tanana Chiefs Conference              U.S. Department of Justice
122 First Ave, Suite 600              801 B Street, Suite 504
Fairbanks, AK 99701                   Anchorage, AK 99501
FAX: 907-459-3953                     FAX: 907-271-5827

_X_ retained   __CJA   __FPD   __FPD   __Other    Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: __                Address: __
Custody: __                    Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __       9th Circuit Docket Number: __

---

Name and phone number of person completing this form:  Carla Applebee
                                                       907-677-6138