DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
(907) 271-5452
FAX (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MINCHUMINA NATIVES INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | Case No. 4:04-cv-0027-CV (JWS)<br><br>NOTICE OF SUBSTITUTION OF COUNSEL WITH TERMINATION OF SERVICE |

    Federal Defendants hereby advise the Court that Dean K. Dunsmore, Trial Attorney, United States Department of Justice, Environment and Natural Resources Division, is substituted as counsel of record for Bruce M. Landon, attorney for the Defendant, in the above-captioned and numbered case. Mr. Landon has retired from the Department of Justice.

    All future pleadings and other documents to this case should be addressed to Mr. Dunsmore at the following address via mail, e-mail or facsimile:

> Dean K. Dunsmore
> U.S. Department of Justice
> Environment and Natural Resources Division
> 801 B Street, Suite 504
> Anchorage, Alaska 99501-3657
> Email: dean.dunsmore@usdoj.gov

    Mr. Dunsmore's telephone number is (907) 271-5452. Facsimile documents may be sent to (907) 271-5827.

    Please note that as Bruce M. Landon retired from the Department of Justice as of October

3, 2007, this is also to give notice to terminate electronic service under his name.

RESPECTFULLY SUBMITTED this 6th day of November, 2007, at Anchorage, Alaska.

> S/ Dean K. Dunsmore
> DEAN K. DUNSMORE
> Department of Justice
> Environment & Natural Resources Division
> 801 B Street, Suite 504
> Anchorage, Alaska  99501-3657
> Telephone: (907) 271-5452
> Facsimile: (907) 271-5827
> Email: dean.dunsmore@usdoj.gov
>
> Attorney for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of November, 2007 a copy of the foregoing Notice of Substitution of Counsel with Termination of Service was served electronically to the following counsel of record:

Mark Andrews

s/ Dean K. Dunsmore
DEAN K. DUNSMORE