# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  MINCHUMINA NATIVES, INC  </u>   v.   <u>U.S. DEPARTMENT OF THE INTERIOR </u>

IDA ROMACK, CLERK OF COURT

DEPUTY CLERK                                          CASE NO.  <u> 4:04-CV-00027-JWS </u>

<u> CAROLYN BOLLMAN </u>

PROCEEDINGS: <u>**CLERK'S NOTICE**                              DATE: APRIL 1, 2008</u>

     Plaintiff in this action has written to the U.S. District Court Fairbanks office stating that the U.S. Court of Appeals for the Ninth Circuit has advised him that they do not have a copy of the Certificate of Record issued October 11, 2007 at docket 67.

     A certified copy of the Certificate of Record has been forwarded to the Court of Appeals for the Ninth Circuit today.  A copy of Mr. Andrews letter and the order from the U.S. Court of Appeals for the Ninth Circuit is attached to this notice.

[]{CLERKNOT.WPD*Rev.12/97}