# Tanana Chiefs Conference
### Chief Peter John Tribal Building
122 First Avenue, Suite 600
Fairbanks, Alaska 99701-4897
(907) 452-8251    Fax: (907) 459-3850



RECEIVED
APR 1 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

**SUBREGIONS**

**UPPER KUSKOKWIM**
McGrath
Medfra
Nikolai
Takotna
Telida

**LOWER YUKON**
Anvik
Grayling
Holy Cross
Shageluk

**UPPER TANANA**
Dot Lake
Eagle
Healy Lake
Northway
Tanacross
Tetlin
Tok

**YUKON FLATS**
Arctic Village
Beaver
Birch Creek
Canyon Village
Chalkyitsik
Circle
Fort Yukon
Venetie

**YUKON KOYUKUK**
Galena
Huslia
Kaltag
Koyukuk
Nulato
Ruby

**YUKON TANANA**
Alatna
Allakaket
Evansville
Fairbanks
Hughes
Lake Minchumina
Manley Hot Springs
Minto
Nenana
Rampart
Stevens Village
Tanana

March 28, 2008

Carolyn Bollman, Deputy Clerk
U.S. District Court for the District of Alaska
101 12th Ave    Rm 332
Fairbanks AK    99701

Re:  Minchumina Natives, Inc. v. U.S. Dept of the Interior
     Court of Appeals No. 07-35811
     District Court No. CV-04-00027-JWS

Dear Ms. Bollman;

I enclose the Order dated January 25, 2008, from the Clerk of the U.S. Court of Appeals for the Ninth Circuit.

The Order notes that the district court has not issued the certificate of record, and instructs the Appellant to monitor this issue. Today I telephoned the Clerk's office for the Ninth Circuit, and learned that the certificate of record has not been filed.

The Appellant respectfully requests that your office issue the certificate of record as soon as practicable. Circuit Rule 11-3 calls for a certificate of record as soon as the clerk receives notice that there will be no transcript. On or about October 1, 2007, Appellant filed a "Certificate Regarding Transcript," advising the court of the absence of a transcript in this appeal.

Thank you.

Very truly yours,

Mark Andrews
General Counsel

Cc:  Anna Katselas, Esq.
     U.S. Department of Justice
     Appellate Section, Environment and Natural Resources Division
     P.O. Box 23795, L'Enfant Plaza Station
     Washington, DC  20026-3795

---



FILED
JAN 25 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| MINCHUMINA NATIVES, INC., | No. 07-35811 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-04-00027-JWS |
| v. | District of Alaska, Anchorage |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | ORDER |
| Defendant - Appellee. | |



RECEIVED BY
JAN 30 2008
TANANA CHIEFS CONFERENCE

Appellant's renewed motion for an extension of time in which to file the opening brief is granted. The opening brief is due January 18, 2008; the answering brief is due February 19, 2008; and the optional reply brief is due 14 days after service of the answering brief.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate.

For the Court:
MOLLY C. DWYER
Acting Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

pro 1.21